UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Case No. 1:19-CR-10080-NMG<br>) |
| DAVID SIDOO, *et al.*, | )<br>) |
| Defendants. | )<br>) |

# MICHELLE JANAVS'

## APPENDIX OF EXHIBITS IN SUPPORT OF SENTENCING MEMORANDUM

| Exhibit No. | Description |
|---|---|
|  | Letters written by Michelle Janavs and *Family Members* |
| 1 | Letter written by **Michelle Janavs** |
| 2 | Letter written by **Paul Merage** |
| 3 | Letter written by **Paul Janavs** |
| 4 | Letter written by **Lauren Merage** |
| 5 | Letter written by **Greg Merage** |
| 6 | Letter written by **Dzintra Janavs** |
| 7 | Letter written by **Jina Janavs** |
| 8 | Letter written by **Guy Kissner** |
| 9 | Letter written by **Farnaz Elist** |
|  | Letters written by *Philanthropy Associates* and *Beneficiaries* |
| 10 | Letter written by **Joe Schoeningh** |
| 11 | Letter written by **Jennifer Van Bergh** |
| 12 | Letter written by **Jennifer Segerstrom** |
| 13 | Letter written by **Debra Downing** |
| 14 | Letter written by **Monique Daviss** |
| 15 | Letter written by [redacted] |
|  | Letters written by *Colleagues* and other *Business Professionals* |
| 16 | Letter written by **Robert Nelson** |
|  | Letters written by *Medical* and *Spiritual Professionals* |
| 17 | Letter written by **Amir Lerman, M.D.** |
| 18 | Letter written by **Stephanie Laut, PT** |
| 19 | Letter written by **Rabbi Arnold Rachlis, D.D.** |
| 20 | Letter written by **Shirin Ansari, Ph.D.** |
| 21 | Letter written by **James Clancy, MA** |
|  | Letters written by *Friends* |
| 22 | Letter written by **Evelyn Ramirez** |
| 23 | Letter written by [redacted] |
| 24 | Thank You cards from [redacted] |
| 25 | Letter written by **Vaga Haviland** |
| 26 | Letter written by **Ara Tokatyan** |
| 27 | Letter written by **Vanessa Thiemann** |
| 28 | Letter written by **Susan Etchandy** |
| 29 | Letter written by **Rebecca Stanton** |
| 30 | Letter written by **Sofia Ammor** |
| 31 | Letter written by **Melissa Knode** |
| 32 | Letter written by **Melissa Petrus** |
| 33 | Letter written by **Valentin Lopez** (Declaration of Translator) |
| 34 | Letter written by **Teresa Lopez** (Declaration of Translator) |
| 35 | Letter written by **Terra Singer** |
| 36 | Letter written by **Breana Thomas** |
| 37 | Letter written by **Laura Choumas** |
| 38 | Letter written by **Monica McEntee** |
| 39 | Letter written by **Alan Sellers** |

| | | |
|---|---|---|
| 40 | Letter written by **Joan Sellers** |
| 41 | Letter written by **Iman Haynes** |
| 42 | Letter written by **Tawny Mazarei** |
| 43 | Letter written by **Maria Flores** |
| 44 | Letter written by **Kaleen Lugo** |
| 45 | Letter written by **JoAnn Fanticola** |
|  | Non-Letter Exhibits |
| 46 | [redacted] |
| 47 | [redacted] |
| 48 | Second Harvest Food Bank of Orange County – Legacy Award |
| 49 | Paper Palace Cutout |
| 50 | Sage Hill School Report Card |
| 51 | Altruistic All-Stars |
| 52 | October 5, 2018 Transcript of Recording |
| 53 | October 31, 2018 Transcript of Recording |
| 54 | Sage Hill Honor Council Review – [redacted] |
| 55 | Sage Hill Honor Council Review – [redacted] |
| 56 | Letter Rescinding Acceptance to USC |
| 57 | Izzy's Corner – Second Harvest Food Bank Video |
| 58 | Photos of Charitable Work |