# EXHIBIT

# "2"

Honorable Judge Gorton
United States District Court
District of Massachusetts

Honorable Judge Gorton,

I am writing this letter to share with you the background and character of my daughter Michelle and circumstances in which she grew up.

Michelle was raised in a modest home in San Fernando Valley, California. In that home my wife Lilly and I, both Jewish immigrants from Iran, raised three children with loving care while working hard to achieve our American Dream with a small, struggling frozen food business.

We had a mortgage on our house, but to finance the business we had to add a second mortgage, and, two years later, a third mortgage. We were fortunate to have a roof over our heads and food on the table, but there was no room for extras.

As a child and young adult Michelle lived within tight financial constraints. It was touch and go during the first 16 years of our family business when we were constantly courting potential bankruptcy. By the time the business stabilized, Michelle was in her early twenties. It took another 10 years before we could sell our business which had slowly become a success. By then Michelle was married and had three children.

Our family still lives according to the same core values we have always lived. My wife and I and every one of our children feel fortunate and grateful to be Americans, to have been given the opportunity to succeed with hard work, integrity and some measure of luck.

We also feel a responsibility to give back to the country and the people who welcomed us with such generosity of spirit. We have done that by focusing on education, especially for underprivileged children. As a family we have devoted substantial time, energy and funds to providing high-quality education to deserving students and giving those students the means and the opportunity to go to college. We made the largest donation the University of California, Irvine had ever received at the time, largely dedicated to scholarships for deserving students.

Michelle fully embodies these values. That is not only because we preached these values and lived them, but also because it is Michelle's basic nature to give of herself to others. Even as a small child Michelle was praised by her teachers for being empathetic and sensitive to other children. If a child was sad, she would be the first to try to console or cheer her up.

As a young adult Michelle had two passions in life: to be an exceptional mom, and to help others, especially children, in need in our community.

She has been a loving, caring, completely engaged mom who has instilled in her three children a deep sense of discipline, hard work and goal-setting. In this she is fully in sync with our strong family belief that wealth can destroy future generations if they are not imbued with a sense of purpose and mission in life.

Michelle has also committed years of her life to programs she creatively designed and implemented which helped reduce hunger among children in our community. As a father, I

watched with admiration as she engaged heart and soul and involved her children to teach them an important life lesson.

Michelle has also been an incredible source of support to our entire family. She has unfailingly been there for everyone, especially any of the children who needed help and support.

Four years ago, after a 49-year marriage, my wife Lilly ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

During this time Michelle flew in every Monday morning and returned home every Friday night to spend the weekend with her family. ███████████████████████████████████████████████████. During these years Michelle has come to visit her every day. Lilly waits with anticipation for her daily visit. It is impossible to overstate how important Michelle is to Lilly's continued recovery and care. "Michelle is my best friend in the world," she says.

I honestly cannot say how this lapse in judgement occurred. Michelle's very poor decision in the present case is so much against her core beliefs, her natural grain, and everything she and our family stands for. I believe if she had really thought through how her decision could potentially impact another young person who may have applied for a similar spot, she would have decided otherwise. I know she sees it now and has been suffering terrible remorse.

Sincerely,

Paul Merage