# EXHIBIT "3"

February 18, 2020

The Honorable Nathaniel M. Gorton
United States District Judge

Honorable Judge Gorton,

I am Michelle's husband and we have been married for 23 years. Michelle was the middle child of three siblings that grew up in a typical middle-class household. Her father had three mortgages on their house in order to fund the frozen food company he founded. Her parents instilled in her a strong work ethic and a deep sense of gratitude for all things. Her mother worked hard to raise three children and her father worked long hours building the family business but was always home to read books to Michelle and her siblings at bedtime. Strong family values, a good work ethic, kindness, and respect for all people define the family environment in which Michelle was raised.

When I met Michelle 26 years ago, the first thing that stood out was her loving heart and kindness to all. Michelle always believed she is no different from anyone else and that people are innately good. She always showed a sincere thanks and appreciation to everyone around her. Michelle's example has made me a more kind and thoughtful person, although I still aspire to be more like her.

Being a mother was always Michelle's greatest passion and she put extraordinary care and effort into being the best mother that she could be. As a mother of three children, Michelle was wonderfully engaged with them.

At the age when our children first began to come home from school with homework, Michelle taught them all to sit down at the breakfast table and get their work done before doing anything else. She taught them from the beginning to be responsible, take their schoolwork seriously, and to avoid procrastination. As a result, all three of them are like this today. At the same time, she taught them balance. She urged our children to always do their best. And she would tell them that as long as they gave their best effort, not to worry about grades in and of themselves.

Herein lies one of the mysteries of this case. Michelle was not driven by ego to see her children have the highest grades or attend the most elite universities. Moreover, she counseled them not to fall into such a trap. Her only wish and counsel for them was to do their best work and be their best selves. She cared much more about their moral fiber and work ethic than their GPA and similarly, she cared much more about our children becoming responsible, respectful and kind adults than which college or university they might one day attend.

Michelle is a loving, sympathetic and supportive mother, but also held our children to high standards of behavior. As a result of mostly her teaching, I can confidently say that she raised three vey well-mannered, respectful and down-to earth children who are kind-hearted and considerate of others. They also work hard at school, are career-minded and don't do drugs. Over the past 21 years, Michelle devoted her time to being engaged with each child, involved in their classrooms, and active in their schools. Her number one priority was being a loving and devoted mother.

Our children learned from Michelle that heart makes a home, not a zip code, nor one's possessions, nor money. Michelle did not discuss money, or the cost of things with our children. She taught them only to be grateful for what they have, humble in disposition and most appreciative for the intangibles of health, love, friends and family. Our children now conduct themselves with such modesty.

If being a full-time mom is Michelle's greatest passion, then her second greatest passion is helping others. Michelle is innately caring and compassionate. I simply don't know anyone with a bigger or kinder heart. It does not matter who it is, but for over twenty years, if someone needed help, Michelle always stepped up to give her time, assistance and love. Moreover, Michelle has been able to help so many others while being present and engaged with her children and being a deeply loving and supportive wife to me.

When our housekeeper's son had problems at his school, Michelle volunteered to pay his and his sister's tuition so they could attend the same school our children attended and receive the same education that our children were getting.

When our next housekeeper, Mari, ███████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████

Michelle is simply the kindest and most caring person I have ever known and when someone needs help, she is there for them. And everyone who knows Michelle, knows this about her.

When her mother ██████████████████████████████████████, Michelle was there for her mother and father. I am certain that if it were not for Michelle's love and presence, ███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
████████████████████████████████████

When her brother experienced a difficult and challenging divorce and received full custody of his three young boys, Michelle was there for him and became a kind and loving mother figure to our nephews, even taking his two youngest into our home for several months during what was a difficult and tumultuous transition.

When her sister ████████████████, Michelle dropped everything to be with her and give her love, support and consolation.

When my oldest daughter asked about Michelle's charitable work with the food bank, Michelle brought her to the food bank and showed our daughter the unfortunate and tragic problem of hunger

in our own community. Michelle taught our children to care for others and inspired them to want to give their time and energy to others too.

When The Harvesters have needed someone on a committee to help raise money for the food bank Michelle has stepped up and given her time and energy year after year.

When the Angels of the Arts needed help, Michelle joined them unhesitatingly to volunteer her time and effort.

When the Orange County Museum of Art sought help organizing events to raise funds so they could continue to bring art and culture to the community with free admission, Michelle committed her time and energy, year after year.

When the Kids Corner at the Food bank needed construction, Michelle was there working in the warehouse, 20 feet in the air on a Hi-Lift, with a hammer and paint brush in hand. When the Kids Corner needed cleaning, Michelle was at the Food Bank on her hands and knees, scrubbing the floor and scraping chewing gum off the concrete.

Michelle has always been the antithesis of the kind of wealthy, entitled person that the prosecution has labeled the parent defendants in this case. Michelle's decision to cheat on behalf of her daughters is reprehensible and shockingly out of character. I am still trying to understand how this happened but there a number of things of which I am certain.

I know Michelle better than I know anyone. I know her heart and soul are pure, kind and full of goodness. I am certain that she did not realize what impact her decisions might have. Rick Singer knew Michelle was trusting and generous. He also told Michelle that our daughters would have little to no chance of getting into college without his help. He cultivated Michelle's worst fears and naively, she went along with the inexcusable things he told her to do.

When you have spent most of your adult life, as Michelle has, helping others and doing the right thing, the shame and embarrassment from this instance of bad judgment is profoundly painful. Michelle has not spent one day since this indictment not feeling great shame, remorse and sorrow for her actions. I say with no hesitation whatsoever that Michelle will never do anything even remotely like this again.

While this has been excruciatingly painful and devastating for Michelle, it has been equally painful for our family. There have been too many days during the past eleven months during which I held both of my daughters in my arms as they cried out of a broad combination of emotions including anger at their mother, sorrow and great anxiety about her fate.

Despite our good fortune in life, our family has had its share of hardships. [redacted]

███████████████████████████████████████████████

In addition, the arrest itself was traumatizing and its effects still haunt my daughters and Michelle. My older daughter has had especially great difficulty sleeping as a result of Michelle's arrest. We all thought it was an earthquake and rushed to the foyer to see heavily armed FBI agents at our door. We heard them yelling orders at us. I immediately opened the door and armed agents poured into our home as I was grabbed by two of them, while my daughters as well were each grabbed by two agents, and my wife, by four. We were led outside where my daughters stood barefoot on the cold ground in their pajamas as the officers cuffed their hands behind their backs. Michelle was clearly in shock and so were my daughters and I. Now, any strange sounds or even the slightest earthquake can awaken Michelle and my daughters with heart-stopping fear and panic.

I would be surprised if you have ever encountered another defendant who has done so much to help others of all walks of life, and most importantly, given so much of herself and her personal time and effort rather than just her financial resources, to improve the lives of others.

I believe with no uncertainty that incarcerating Michelle would deprive our society of much more than it could possibly gain from such incarceration.

I also believe that my youngest daughter needs Michelle's presence more than ever. ███ ███████████████████████████████████████████████ I do believe that you will look at each defendant's history and facts individually and do the right thing for all.

Sincerely,

Paul Janavs