# EXHIBIT "4"

November 29, 2019

Honorable Judge Gorton
United States District Court
District of Massachusetts
1 Courthouse Way,
Boston, Massachusetts, 02210

Honorable Judge Gorton,

My name is Lauren Merage and I am Michelle Janavs' sister. Michelle is my big sister. She was twelve years old when I was born and has been a second mother to me.

I am writing this letter in order to share a bit about my perspective on Michelle. I would like to start by sharing with you a little about our family. My parents are both immigrants to the United States. My brother, fifteen years my senior, Michelle and I were raised in a modest middle class home in Los Angeles, with a stay-at-home mother and a father who was working night and day to achieve his American Dream. It was not until Michelle was in her mid thirties, married and had children of her own that she became well off.

Our parents raised us in a loving family to be strong, hardworking and caring individuals. We saw my father's work ethic and we had a very clear understanding that success does not come easily and we should always be humble and grateful for whatever we had. Growing up, we were held to high standards, understanding that we were privileged to live in America and had a special responsibility and duty to our community and our country.

Michelle has embodied these characteristics and has folded them into her own family. She always wanted to be a mom, it has been one primary focus of her adult life. As a mother, she has always placed an emphasis on being kind, open minded and loving. She has striven to be a positive example to her children, showing them what it looks like to be a supportive and present sister, daughter, mother and wife. Her love for children is infectious and as my two-and-a-half-year-old daughter will tell you, "Auntie Shell is the best." The amount of love and energy she has put into our family and her own is remarkable.

Michelle has also made it her life's work to take care of others. She studied psychology and worked in a women's shelter before getting married and having kids of her own. Michelle has spent the majority of her adult life personally and actively helping the less fortunate in her community. She has devoted years of her life to ensure the many thousands of the hungry children in Orange County have enough to eat. When she helped her daughter's dream of writing a philanthropic children's book come to life, with all proceeds going to the Orange County food bank, she made sure to afford that same opportunity to other students in other schools. She published three additional books written by winners of a community wide writing contest involving many schools, which she organized. She then raised more funds for the food bank by personally arranging sale of those books.

In recent years, Michelle has been an incredible support to our family. When our brother went through a difficult divorce, she opened her home for months to his two youngest sons, then age 4 and 9, and made sure to create a supportive, loving environment for them during the initial separation.

Four years ago, ███████████████████████████████████████████████████████████
███████████████████████████████ She was able to be there while caring for her own family and our mother simultaneously. Even now, she continues to be a huge support to my mother, visiting her daily.

Raising a young daughter, and living away in LA, I am very grateful to Michelle for all the time she takes to care for our mother. I don't know how we could have managed these last four years without her.

I would also like to share with you a bit about my own relationship with my sister. As I mentioned above, Michelle has been a second mother to me. ███████████████████████
█████████████████████████████████████████ No matter what, she would figure out a way to be there if I needed her and has continued to do so even in the face of these horrendous legal difficulties. ████████████████████████████████████████████ Michelle dropped everything to be with my daughter, so my husband could take care of me.

Michelle has never thought she was better than anyone, nor has she ever expressed a belief that her kids should be treated as such. She is grateful for what she has, and has worked to make sure that those in her life who are not as fortunate are afforded the same opportunities as her own family.

To know Michelle is also to know the wonderful children she and Paul have raised. I have always been very close to her two daughters,███████████████. Since March, post indictment, my husband and I have spent a lot of time with both of them and have done our best to help them navigate this difficult year. I can truly say they are both wonderful girls, but this experience has rocked them to the core and will undoubtedly have a massive impact on their lives. In-spite of the pain they have endured they have held their heads high and doubled their work ethic in an effort to show potential colleges the dedicated students they truly are and always have been. Their relationship to their mother has forever shifted. While they do not understand the reasons behind Michelle's decisions, nor why she put such blind trust in Rick Singer, they also know she operated out of love. They have also learned that while love can be a powerful force, it can unfortunately also lead us into making bad decisions. They may or may not forgive her for her actions, but I know they still look to her for love and support. Michelle and Paul should be very proud for raising three smart, intuitive and kind children.

Michelle has always been an optimist. She believes that people are good and their intentions pure. She has an incredible ability to see the good in everyone and never judge. She has always wanted the best for everyone in her life. I know that my sister has learned a great deal from this experience and regrets letting her devotion to her children cloud her judgement and point her towards a fear based decision which is wrong. Her spirit has been bruised but not broken. She

continues to support her family and give them all of herself. She is a huge part of our family and we will continue to support and love her.

I hope and pray that in reaching your judgment you give full weight to the loving, caring person Michelle truly is. I hope you will consider carefully the extraordinary number of selfless things she has done for others with no expectation of receiving anything in return. I hope you will understand how much her children and my mother depend on her and how devasting the loss of her presence will be.

Thank you for taking the time to read this letter.

Sincerely,

Lauren Merage