# EXHIBIT "6"

November 27, 2019

Honorable Judge Gorton
United States District Court
District of Massachusetts
1 Courthouse Way,
Boston, Massachusetts, 02210

Honorable Judge Gorton,

I am Michelle Janavs' mother-in law. In 1950, my parents, refugees from Soviet occupied Latvia, came to the U.S. and settled in Los Gatos Ca. with a couple of suitcases and two daughters, twelve and thirteen.

In 1954, I graduated valedictorian from Los Gatos High School. My applications to San Jose State College and to Stanford University were both accepted. For a number of reasons I chose San Jose State over Stanford, never regretting the choice. After earning a B.A. in Economics, summa cum laude, in 1958, I began law school at UC Berkeley's Boalt Hall, graduating in 1961.

Because of my marriage in June, I moved to Los Angeles and in April of 1962, I became an assistant U.S. Attorney in the Los Angeles U.S. Attorney's office. For nearly 25 years I was a trial attorney in the Civil Division. In 1974 I was appointed an Assistant Chief and in 1977, First Assistant Chief of the division.

In June 1986, Governor George Deukmejian appointed me Judge of the Superior Court for the County of Los Angeles. I served on the bench for almost 22 years, adjudicating almost exclusively civil cases.

As AUSA, I wrote innumerable trial court and appellate briefs in a great variety of cases. On the bench, I wrote innumerable orders, decisions and judgements many of considerable length and complexity.

However, this letter for me is difficult to write because it is impossible to describe in a few pages the Michelle that I have known for over 25 years. When my son called and told me that Michelle had been arrested that morning on Federal criminal charges, shackled and driven to court in another county for arraignment, I was surprised, shocked and dumbfounded. The charges did not fit and did not reflect the Michelle I had come to know, respect admire and love over the years.

What she did was an aberration! Hopefully this letter will demonstrate that. Hopefully it will also show that Michelle should not go to prison.

My relationship with Michelle and her family has been close form the start. We got to know her parents, grandparents and siblings well. We shared the arrival of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ while my son earned his MBA at Northwestern's Kellogg School of Management. We were there at the arrival of his sisters ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. We were most happy about their

return to California in 2002 as we could see them all much more frequently and see our grandchildren grow up.

Michelle was a loving, patient and understanding mother supervising the children's activities, teaching them good manners and respect for others. *As they grew older, she involved them in her charitable activities.*

Amazingly, with seemingly inexhaustible energy, Michelle also always found time to help family members and others in crises when the need arose.

After her mother's 

When Michelle's' brother went through a difficult divorce and received custody of all three of his boys, Michelle unhesitatingly gave the two younger nephews a loving home for several months as they still very much needed a loving and supportive mother figure in their daily life.

Michelle comes from a warm and loving family with a strong work ethic, and good, moral values.  They have taken the opportunities that only this country can offer and made the American dream a reality. With hard work, eventually came great success, but with the success, they embraced a responsibility to give back to the community.  For at least two decades, Michelle has followed in their footsteps. Despite her many personal obligations and responsibilities, over the years Michelle has devoted an extraordinary amount of time to charitable endeavors and causes and she plans to continue her charitable work once this difficult chapter is behind her.

In the interest of justice, Michelle should not be incarcerated. She never intended to harm anyone by her actions.   What she did in this case is an aberration, she regrets it deeply and I have no doubt in my mind that she will never do anything like this again.  In Michelle's case, there is simply no need for incarceration to punish her or to ensure that she is reformed.

Incarcerating Michelle would be painful to all of us who love her and, no doubt, to all those who have benefited from her generosity and charitable work. Most importantly, incarcerating Michelle would also cruelly punish her daughters, unquestionably adding significantly to the trauma they already suffered on the morning of Michelle's arrest, when aroused from sleep, barefooted and in pajamas, they were handcuffed by heavily armed FBI Agents and watched their mother shackled and taken away. Tears well in my eyes as I write this, thinking how they must have felt and knowing that this experience will always haunt them. Needless to say, they suffered further trauma because Sage Hill School forced the girls to finish

their studies for the semester from home and barred them setting foot on campus. They also barred the girls from going to the prom or participating in any other school activities. Although ▇▇▇ earned her diploma, she and her family were not allowed to attend the school's graduation ceremonies.

    There is a dire need for the girls to have their mother home to hold their hand, hug and comfort them when the need arises. The additional pain and suffering it would cause would be great and affect many, while there would simply be no benefit to society from incarcerating this wonderful mother and upstanding American citizen who has worked hard and given so much to help make our society better.

Respectfully submitted,

Dzintra Janavs