# EXHIBIT

# "7"

November 28, 2019

Honorable Judge Gorton
United States District Court
District of Massachusetts
1 Courthouse Way,
Boston, Massachusetts, 02210

To the Honorable Nathaniel M Gorton, United States District Judge,

I am Jina Janavs, a sister-in-law to Michelle Janavs. I am a neurologist and head of neurology and stroke programs in northern California Kaiser.

My brother Paul met Michelle over 20 years ago. I have interacted with her through countless birthdays, graduations, weddings, holidays, dog ownership, home remodeling projects and family illnesses. In all that time, she has always been loving, attentive, and devoted to her family and caring and respectful to friends and strangers alike. She has always treated my family with respect and love, and in my opinion, often went above and beyond.

It was Michelle, rather than my brothers and I, that organized my parents' "80/90" celebration, making it a wonderfully memorable evening commemorating my parents' lives including their friends and community. However, perhaps her crowning achievement in my eyes, is the person which my brother has become. My brother and I had a difficult relationship most of our lives. We even went 10 years without speaking to each other. But gradually, through Michelle, he learned love and caring and respect and patience, and, he is now my best friend.

In summary, I have never heard a disparaging word cast about Michelle. Her manner, in behavior and speech, has always been beyond reproach. For these, and indeed, all of her qualities, I have looked up to her as a role model. If she transgressed, it was only out of a mothers' love for her children taken advantage of by a true criminal. It would not have been her intention bring harm to anyone or commit a crime; that is not Michelle. There is nothing here that requires reform; there is no concern that anything similar would ever occur. Sufficient punishment has already been rendered by the external and internal suffering that her children and her family and my brothers' and mine have had to endure.

May your heart and mind find the understanding and empathy to grant clemency.

In sincere appreciation,

Jina Janavs