# EXHIBIT "8"

December 2, 2019

Honorable Judge Gorton
United States District Court

Honorable Judge Gorton,

Michelle Janavs is my niece — the daughter of my sister. Both of my sisters and I are very close and we hav[e] always been a tight-knit extended family. As a result, I have known Michelle since she was born and watche[d] her grow into a wife, mother, cousin to my children, and loving "aunt" to my grandchildren.

Perhaps most of all, I've seen Michelle grow into a selfless and compassionate caregiver for her mother. Thr[ee] years ago, ████████████████████████████████████████████████████████████████████████████████████████████████

While I've always known Michelle to be extremely generous and loving, that experience crystallized for me that aspect of her character.

Another example, far less poignant but illustrative nonetheless, comes from a family dinner we had about tw[o] years ago. It was our extended family — about 25 people — and it was about one week after Easter. Michel[le] arrived at the dinner with an Easter basket for each of my four grandchildren, ages 5-9, and each basket she customized to the interests of each child. The boy who liked animals got animal figures, the girl who liked horses got a horse sticker book, the boy who liked sports got a basketball, etc. These baskets were entirely unexpected, and I remember my daughters feeling so touched that Michelle had gone out of her way to creat[e] these customized surprises for the kids.

I feel confident that Michelle never meant to hurt anyone with her actions in relation to the "varsity blues" c[ase]. Having spoken with Michelle in recent months, I believe she now fully understands why what she did was wrong and deeply regrets her decisions.

This year has been extremely difficult on Michelle and her family, especially her three children. As someone who always puts family first — even ahead of herself — I am confident that Michelle would never do anyth[ing] to put her family in a situation like this ever again.

It is my sincere hope that Michelle is not sentenced to prison. Her daily presence in the life of her mother an[d] children is irreplaceable and a glue that holds the family together. I believe that there would be significant impacts on the family if she were to go to prison. I'm hopeful that there are other ways for her to atone for h[er] involvement in this case, as I know she wishes to do.

Sincerely,

Guy Kissner