# EXHIBIT

## "9"

Farnaz Elist
10432 Eastborne Ave.
Los Angeles, CA 90024

To The Honorable Judge Nathaniel M Gorton:

My name is Farnaz Elist, I am Michelle's cousin and good friend. I have been lucky enough to have known Michelle my entire life, and she is someone that is very near and dear to my heart. As I am writing this letter, I have been struggling to find the words to express how truly amazing and selfless person Michelle is. To name a few of her many admirable traits, Michelle has always been the kindest, most humble, compassionate, and caring person I have ever known. Michelle always thinks of others before herself, and her first priority has always and will always be her kids. Family aside, she always shows kindness and helps people, no matter what struggles she may be facing in her own personal life. Michelle displays a level of compassion that is unparalleled for her friends, community, as well as strangers. I have always looked at Michelle to be a dependable, responsible, honest and courteous person, regardless of any obstacles she has had to face in life.

Growing up, I remember Michelle being raised in a very warm and loving household. Her parents always taught both Michelle, and her siblings, to treat people with the utmost respect, to always offer assistance, no matter who needed their help, to treat all people equally, and to always be a conscientious member to their community. Michelle's parents and family have helped the less fortunate for many many years and are continuing to do so. That is what the Merage family stands for; helping underprivileged people not only in the United States but worldwide. Michelle is no different from her family. She has been helping different charities for over 20 years. Some of these versatile characteristics such as her definite sense of caring, reliability, selflessness, and trustworthiness has always been worn on her sleeve. As a result of this upbringing, she in return is raising her kids the same way. In this case, the apple really doesn't fall far from the tree. Michelle's kids are kind, thoughtful, loved by everyone, amazing, sweet, and outstanding citizens in their community.

The bond that Michelle has with her kids will never be found anywhere else. For example, for her daughters' graduation this year, Michelle recreated a small graduation ceremony for her so she does not feel left out of the festivities her classmates had the privilege to celebrate; while also acknowledging all the hard work that was put into getting her high school diploma. The night was filled with great love, warmth, and beautiful memories with 20 of her closest family and friends. Michelle put the smile back onto her daughter's face that night, and will be a cherished memory for years to come.

One of her more recent commendable acts was when Michelle's mom ███████
████████████████████████████████████████████████ ██ ███████████
█████████████████████████. Until this day, Michelle still continues to help take
care of her mom, while also managing to be with her children and spouse. Furthermore, Michelle
continued to play her active role in many charitable organizations and volunteering on the board
for many years at her children's school during this time. Michelle acts of kindness always comes
from the bottom of her heart, and she never expects anything in return.

The effect this may have on her loved ones would be devastating. The bond her children
have with their mother is incredible, and it would be extremely difficult for her family to be
without their mom and wife for even a short period of time. She is truly their everything. Not
only will this greatly affect her husband and children, it will affect us all equally. Most of all,
Michelle's mother has been so reliant on her daughter, and Michelle has proven to be a valuable
resource in her recovery process. I have spoken with Michelle on different occasions this past
few months and she has truly expressed how remorseful she is. So much so, that when speaking
to her face-to-face, I was clearly able to see the pain and regret in her eyes. Aside from this
situation,  I have always noticed Michelle's consistency in one main idea; all she truly wants is
for her kids to live a happy, healthy, and fulfilled lives.

It must be difficult for you to make decisions like this when you do not actually know the
person standing in front of you. I hope you will look at my letter, and many others you're
receiving on her behalf, and understand that Michelle is a true gift to this world. The kind of
person who everyone adores and has only has good things said about her. That should be a
testament to who Michelle genuinely is, a person with the heart of gold, so please let that be a
factor in your decision. If I could take her place, believe me I would. I appreciate you taking the
time to read this letter.

Sincerely,

Farnaz Elist