# EXHIBIT "10"

November 26, 2019

Honorable Judge Gorton
United States District Court
District of Massachusetts
1 Courthouse Way,
Boston, Massachusetts, 02210

Dear Judge Gorton,

I am writing on behalf of Michelle Janavs, as she is someone I have known for over 18 years. I met Michelle while I was serving as the Executive Director of a large non-profit charity serving Orange County called the Second Harvest Food Bank. Michelle has always been a major supporter, volunteer, and hard worker on behalf of our mission.

Around 2009, Michelle called me to ask if she could bring her young daughter, ▮ to visit our operation, as ▮ was always asking her mother what is this place you always talk about and spend so much of your time working on to support. I was pleased that a mother would take the time and effort to educate and expose this young girl to charitable work. Shortly after the tour, Michelle called again to say that ▮ wanted to help in some way and had an idea that might help other children learn about this cause and might also raise funds for it. The idea grew and in a short time a whole new program – called "The Candy Palace" – was started.

I remember many people saying they had ideas on how to help, but very few actually came to fruition. Michelle and ▮ were different. After four or five months, they came back to tell me that they had decided to turn one of ▮ creative writing stories into a book. They had found an illustrator and were planning a launch for September 2010. They were self-publishing this book and all profits would be going to fight child hunger in our community. Each book they sold would provide enough funds to provide 27 meals for kids. After a book launch, a holiday event, spending weeks over the holidays selling books at a table in a local mall and Michelle tirelessly dropping off order forms and then delivering books to several of the schools in Orange County, Michelle and her 10-year-old daughter came to my office in August 2011 with a check for $48,839.50. It was the equivalent to 146,518 meals! This was only the beginning.

From that point forward, Michelle decided she wanted to expand the program to include other children. She created a writing program, offered it to many schools in the community and eventually published 3 more books from other young authors. She also created programs to involve hundreds of school age children in simple coin collection programs which would be followed with a school presentation to teach the children about child hunger. The funds collected would then be donated to our program. Everything she did involved kids helping kids and to date Michelle's programs have raised over $275,000 to feed hungry children.

Michelle didn't stop there. By 2014, Michelle had helped us create awareness and raise significant funds for children in Orange County, but she wanted to do more and involve more children. Michelle came to my office and proposed an idea to create a children's volunteer area within the food bank. Her idea was to teach children about the food bank and child hunger and

allow them to engage in a hands-on volunteer opportunity packing backpacks filled with food for hungry kids to use on weekends. I agreed and provided Michelle an area to paint and build out to create "Izzy's Corner." I saw Michelle help clean, build-out and paint this volunteer area and Izzy's Corner continues today. Over five-thousand children have learned about charitable work and volunteer in a special place created just for them to work and learn about our efforts.

I remember in 2014 when Michelle was awarded the Founder's Legacy Award for all her hard-work and creative programming. Not only did her efforts raise much-needed funds, but her desire and strong determination to engage young children and their families in hand-on volunteer opportunities brought about a new level of support which has helped us to reach our goal of providing 30 million meals a year.

Just this week, I saw Michelle at a modest soup-kitchen-style lunch in the distribution center to recognize and award long-time supporters and volunteers. Even in the middle of this criminal case, Michelle took the time to come and support our initiatives to tackle child hunger.

I am proud to call Michelle a real friend. She cares very deeply about all children and her community.

Sincerely,

*Joe Schoeningh*
Joe Schoeningh