# EXHIBIT "11"

Jennifer Van Bergh
1501 Highland Drive
Newport Beach, CA 92660

November 4, 2019

The Honorable Nathaniel M. Gorton
United States District Judge

Dear Judge Gorton,

 I know that there are criminal charges against Michelle Janavs. I wanted to provide you with my experience with Michelle and tell you about the person that I know.

 I first met Michelle in 2005 when she was introduced to the Harvesters, our support group for the Second Harvest Food Bank of Orange County. The Food Bank is an organization that distributes food through charitable agencies and direct programing to those in need of food assistance in the community. Michelle was fully engaged from day one. She interacted personally with the individuals and families that came to the Food Bank for food assistance. She wanted to hear their stories and understand their circumstances. She was particularly moved by the stories of children who do not have enough food to eat beyond subsidized school meals. She brought together a group of like-minded women and the Food Bank leadership to develop the idea for the Kids' Café program and worked tirelessly to raise the funds to open, one by one, sites at schools with high risk student populations to provide healthy after school meals to kids in need. Michelle's family provided significant funding for this project and Michelle worked tirelessly to share her vision with other donors to encourage additional support as well.

 Another issue that was very important to Michelle was how we raise awareness with children and young adults about the individuals and families in our community who do not have enough to eat. She felt that by engaging young people and teaching them about the need and providing a structure where they could volunteer at the Food Bank, fill backpacks for school kids in need and glean the fields for fresh fruit and vegetables to supply to the Food Bank, we could prepare the next generation to be both compassionate and active in philanthropy. In 2013, she started the juniors' group called Plates of Love to accomplish this mission. Since 2014, there have been over 5,000 volunteers and have donated 8,947 hours to the Food Bank.

 In 2010, Michelle worked with her daughter, ███, to write and publish a book, Izzy and the Candy Palace. All proceeds were donated to the Second Harvest Food Bank and has raised over $275,000 for the Food Bank's programs. To further integrate the themes of the book into the fabric of the community, Michelle worked to create a very special space inside the warehouse at the Food Bank to provide children and young adults the opportunity to learn firsthand about hunger in their community and to get hands-on experience packing nutritious food for their neighbors in need. There are two shifts a week and children from all over Orange County are invited to participate. Izzy's Corner is all about kids helping kids which was an idea Michelle was passionate about.

 Michelle has told me how enormously remorseful she is. From my conversations with Michelle, I know it is her intent, now and in the future, to dedicate herself to helping others. She has the potential to do enormous good in the world and I know she will.

This has all been devastating to Michelle and her family. I implore you to not sentence her to prison time. This experience has been punishing in the public humiliation and in the personal distress of her innocent children. She will continue to suffer the consequences of her actions for years to come.

I co-founded the Harvesters many years ago and have worked with many, many community volunteers. I have rarely met an individual like Michelle who dove into the middle of our group, embraced the mission of the Second Harvest Food Bank and did more to raise awareness of this important issue of hunger in our community or who did more to create and implement solutions most notably the Kids' Café and the Plates of Love described above. Michelle is a warm, passionate person who has made our community better through her commitment and hard work. I am saddened by the pain and suffering she has endured as a consequence of her actions. She has made clear that she will work tirelessly to atone for her transgression by living a life of service to her family, her friends and her community.

Very Sincerely,

*Jennifer Van Bergh*
Jennifer Van Bergh