# EXHIBIT "12"

November 9, 2019

>The Honorable Nathaniel M Gorton
>United States District Judge

I met Michelle Janavs 17 years ago when she moved to Orange County and became involved with the Harvesters, an organization that supports the Second Harvest Food Bank of Orange County. Our relationship naturally evolved as we worked together to find solutions to feeding the hungry in our community. In addition, we had our children in common as they attended the same school together. Seeing each other through school and mutual friends we grew closer and eventually chaired the all school fundraiser, working to execute one of the most successful events for the school at the time. This was the beginning of what would be, to this day, a deep friendship cemented by our strong family values and our passion to give back to others less fortunate.

Michelle is known in the community for her philanthropic work creating, among other things, programming that supported a writing campaign through several schools in Orange County. What Michelle envisioned ultimately became Izzy and the Candy Palace, a permanent concept within the warehouse of Second Harvest Food Bank of OC called Izzy's Corner. This hub became a place for children to volunteer and learn about philanthropy. To-date over 5,000 children from a diverse range of Orange County neighborhoods and schools have volunteered and visited the site.

A quality that I continue to admire in Michelle is that she gives selflessly and tirelessly in everything she does. She has a deep commitment to her family and friends. She has served on various committees and given countless hours of volunteer time to the Orange County Museum of Art, the Harvesters and the food bank. Her time was given to better the lives of others and without the need for personal acknowledgement or praise.

Knowing Michelle in this way, it was a shock to read about her involvement with Rick Singer. This was extremely out of character and a mistake I know she truly regrets. It has affected her personal and business relationships and it will take time for her to rebuild her reputation. This experience has caused Michelle to reflect on the way this has affected her family and she lives with the consequences every waking moment. However, I know that she will ultimately recover through the love and understanding of her circle of supporters.

Sincerely,

*Jennifer Segerstrom*

Jennifer Segerstrom