# EXHIBIT "14"



**El Sol Science & Arts Academy**
*An Excellent Public School*

January 12, 2020

The Honorable Nathaniel M. Gorton
United States District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Gorton,

    My name is Monique Daviss and I am the executive director of El Sol Science and Arts Academy ("El Sol") in Santa Ana, California. El Sol is a relatively young school with an impressive history of success. The school opened in 2001 serving 120 students in kindergarten and first grade. Today the school serves 1,000 preschool through eighth grade students. Our student body is comprised of low-income and immigrant students and families. El Sol has been named a Bright Spot Awardee by The White House Initiative on Educational Excellence for Hispanics, the California Charter School of the Year, America's Best Urban School by the Center on Urban School Transformation, a California Distinguished School (twice), a Title I Academic Achievement Awardee (twice), a California Association for Bilingual Educators Seal of Excellence Awardee, a Campaign for Business & Education Excellence (CBEE) STAR awardee (twice) as well as many other awards and recognitions. The school is a frequent destination for groups interested in dual immersion programs and community school initiatives. We are proud of these accomplishments and believe that we have been successful as a result of the individual, family, and community support that we have cultivated over the years.

    One of the school's early and most generous supporters was the Merage Family. As a family who values education and the immigrant experience, they were drawn to El Sol as allies in their interest in access and opportunity. Additionally, as a family of entrepreneurs, the Merage family shared our spirit of growth and expansion, as it mirrored their own point of view. And so, the Merage family made El Sol's mission part of their family mission. They didn't just write checks and go away, they created a multi – generational commitment to involvement and relationship building that continues today.

    Like her parents, Michelle Janavs contributed her own time and effort to support El Sol. I remember a conversation with Michelle where we discussed how much she was committed to her family but also how interconnected she felt to families in the larger community. She wanted to do things to make a difference. As she saw her children grow up, she wanted other children to have the same opportunities as her own children had and so she leveraged her support and our relationship with Sage Hill Academy to provide a full four-year scholarship for an El Sol student. This opportunity changed the student's life and that student, Emily, is now studying at the University of California Irvine in hopes of becoming a doctor.

Michelle involved her daughters early and creatively in working with El Sol. Her daughter ▮ donated her Candy Palace books, read to children and initiated a link between Second Harvest Food Bank and El Sol that continues today. Her daughter ▮ has donated from her own business, to El Sol, and has visited classrooms to mentor students on young female entrepreneurship.

The success of El Sol, its students and families is attributable to their own efforts. But it has been multiplied by the generous support, authentic relationships and long-time commitment of Michelle Janavs and her family. They have been part of the El Sol family for at least 15 years. They have opened their doors, spent the time, introduced us to their friends, and stood alongside us as we have grown and prospered. We know that lives have been changed because of their efforts. We know that Michelle's involvement was real and we value everything that she has done to support El Sol.

Sincerely,

Monique Daviss
Executive Director