# EXHIBIT "15"

January 10, 2020

Dear Judge Gorton,

    My name is █████████ and I am a biology major at the University of California, Irvine. I begin my letter with this introduction because without the generous support of Ms. Janavs, this may not have been possible. Although I never had the opportunity to meet her personally, she has shaped the course of my future forever.

    Ms. Janavs funded a full 4-year scholarship for me to attend Sage Hill School. This has had a tremendous impact on me personally and academically. At Sage Hill, I was able to develop skills in all aspects of my life that have helped me flourish, not only as a student but also as a citizen. My experiences at Sage Hill have shaped the person I am today in so many different ways. One of the best experiences at Sage Hill was the Service Learning Program I partook in starting my freshman year. During my junior and senior years, a few classmates and myself partnered with the organization, March of Dimes. It was touching to take part in their mission to fight for the health of mothers and babies. Through this partnership, we hosted various fundraising events and baby showers for mothers with premature babies at local underprivileged hospitals. Sage Hill provided eye opening opportunities such as this one that allowed me to explore my passion and love for biology.

    Sage Hill's rigorous academics prepared me for the fast-paced classes as a biology major at UCI. Along with Sage Hill's small classroom sizes and teachers who genuinely cared for the success of each of their students, I was able to develop strong writing and science skills. One of the best academic experiences that stands out from my four years at Sage Hill is the English class I took my junior year. The theme for the third-year English classes was the American Dream. Throughout this class, I was able to explore what my own American experience has been like. This class inspired me to continue pursuing higher education, and even consider going into one of the most strenuous career paths, the medical field. In addition, Sage provided me with the opportunity to learn a third language, Chinese. For four years I was able to dive into a foreign culture and learn more about all of the diversity that exists in the world. This helped shape the conscious citizen I am today.  It is because of Ms. Michelle Janavs' very generous four-year scholarship that I was able to build a strong educational foundation that is helping me advance into higher education. All of the skills I learned at Sage Hill continue to help me on a daily basis. Her generosity has changed my life!

Sincerely,

