# EXHIBIT "22"

Evelyn Ramirez
836 S Kenmore Street
Anaheim, CA 92804

November 25, 2019

Hon. Nathaniel M Gorton
United States District Judge

Dear Judge Gorton,

I've known Mrs. Michelle Janavs for over 16 years. In this time, she has proven to be of fine and responsible character. I know Mrs. Janavs to a dedicated wife and mother as well as a reliable member of the community which has made this situation quite unexpected.

I first met Michelle when I came to work with her to help her around the house. I later became a nanny to her children, but I feel like I have also become a member of her family.

Michelle has always been a fair employer. When I first started working for her I left my kids and home and I missed them so much. Michelle noticed that something was wrong and asked me if I was ok. I confessed to her that I missed my kids and Michelle told me that I should bring them with me to work and that they would be welcome in her home and treated just as if they were her kids.

It was true. The next day I brought my kids to work with me, and Michelle treated them just as if they were her own. Every day, after school, our kids would eat snacks together, do their homework, and make time for fun activities together. Our kids became friends. My family lives in Anaheim, which is a very different neighborhood than Michelle's and my kids didn't have the same opportunities as the Janavs kids did, but Michelle changed that. That was especially true for my oldest son, ▮▮▮▮

▮▮▮▮ and Michelle's son ▮▮▮▮ became good friends over the years, even though they went to different schools and came from different backgrounds. One of the things they both loved to do was ice hockey. It's expensive to buy all things that kids need to play hockey and, and I could never afford that. Michelle paid for ▮▮▮▮ to play on the same team as ▮▮▮▮ and made sure he had the equipment he needed. Not only did that expose ▮▮▮▮ to an opportunity he otherwise wouldn't have had, it made him and ▮▮▮▮t even closer friends.

I want to tell you about another thing that Michelle did that changed ▮▮▮▮ life. One day when he was just starting middle school, he came home crying. He told me that some kids at school had bullied him and taken away his backpack. I was really worried about ▮▮▮▮ safety. It was hard to concentrate on work or anything else when I was worried about my son.

Michelle again noticed that something was wrong. When I told her what happened to Jonathan, Michelle called the head of the private school her kids attended, The Kline School, and asked them to make a space for ▮▮▮▮ I couldn't believe it! Not only did Michelle persuade The Kline School to take ▮▮▮▮ in, they took him right away. Michelle paid for his tuition, books and uniform too.

The very next day ▮▮▮▮ went to a beautiful school, in a beautiful neighborhood, with wonderful teachers and a college-preparatory program. This was beyond anything I ever expected for him.

███████ was a pretty shy kid at that point. But he started coming out of his shell after a few months at the new school. I think it made a big difference to get so much individualized attention and feel safe.

And although ███████ always liked school, he wasn't an enthusiastic reader before going to Kline School. He liked sports and other activities more than he liked reading. But I remember going into his room one night, a few months after he went to Kline School, and seeing him under the covers with a small reading light, reading to himself. It was the first time I ever saw ███████ read for pleasure.

I will always be so grateful to Michelle that she gave ███████ the opportunity to go to such a great school. I really think it changed ███████ life. When my daughter was old enough to start Kindergarten, Michelle paid for her to go there too. She was in the same class as ███████, Michelle's youngest daughter. That's just how Michelle is. She wanted my kids to have the same opportunities in life that hers did, and she followed through and made it happen.

There is one last thing that I want you to know about Michelle. My best friend, Mari Estrada, also worked with Michelle. She was a member of my church. A few years ago, Mari ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. Michelle wasn't just a good boss to Mari, she was a good friend.

███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████. I remember how Mari was worried that she wouldn't be able to pay her car note and would leave the debt behind for her kids. Michelle paid off the car just so that Mari wouldn't have to worry and her family would always be able to come see her.

I hold Michelle in the highest regard as person and It is my hope this letter regarding Michelle's character will act as a positive contribution factor when the court considers this matter.

Sincerely,

*Evelyn Ramirez*

Evelyn Ramirez