# EXHIBIT "24"

Dear Mamma J,

I want to thank you so very much for everything you have done. I am so grateful and appreciative to have such a loving and caring 2nd mother in my life. Thank you for switching your whole college visits with [redacted] just so you can send me off to college. Thank you for paying for all of my dorm things and for paying for the whole trip. You didn't have to do these things, but out of your loving heart, you did these things. I can't express into words how thankful I am for everything you have done. Thank you again for sending me off to college. I miss the fam and can't wait to see y'all. Come visit me lots!! Love you, Mamma J ♡ Sending hugs & kisses back to y'all!

Love [redacted]

7/19



Dearest Mamma J,

First and foremost, I am so grateful to God for having you in my life.

I first met you during summer 4 years ago. You were kind and loving, still to this day. You took me with open arms, treated me with love and care, like I am one of your children. For that I am forever grateful.

Thank you for everything and for being a wonderful second mother to me. I love my second family. Thank you for our graduation party and our graduation gift - trip to Europe. We will treasure it forever. Thank you Mamma J. You are forever in my heart. Regardless what's going on with the school, they don't know you like I do. You are the best and the greatest mother/person ever. You care so much for your children including me and that is something they can't take away from you. I am very grateful for you.

With sincere appreciation

I love you forever,
Mamma J

Love,
████

6/19