# EXHIBIT "25"

November 13, 2019

Honorable Judge Gorton
United States District Court
District of Massachusetts
1 Courthouse Way,
Boston, Massachusetts, 02210

Dear Judge Gorton,

I met Michelle Janavs in 2015 through our two daughters when they took a summer class together. They were going to start high school together in the fall. The girls became fast friends as the school year started and soon became inseparable. They became such great friends that they called each other "sisters". Your honor, if you saw these two beautiful young ladies, you would know that they are clearly not sisters due to their skin tones, but they are so strongly bonded by their love and friendship.

During the summer of 2015, Michelle and her husband hosted a luncheon at their home for the freshman class. I had only spoken to Michelle on the phone a few times regarding the girls until I met her in person at the luncheon. They opened their home to all of the students and parents as an opportunity for everyone to get to know each other, help ease any nervousness about attending high school, and to wish the students luck on their new journey. It was a great afternoon. Michelle spotted me right away and rushed over to greet me with a big smile and introduced herself. She spoke to me as if we had known each other for a long time. That's when our relationship was formed, and a new friendship created.

During the time I have known Michelle, I have seen her kindness, loving and caring heart. She sincerely loves children. She goes out of her way to help children and families in need. She was very involved in our high school. She served on the school board six years. Michelle played an integral role in the school fundraising. As the Chair of Development, Michelle's efforts resulted in new tennis courts, a new swimming pool, a new school store, expanding the cafeteria, renovating the library and the black box dance studios, expanding the town square, providing chairs for the students and much more. She donated her time, effort, support and her own funds to the school with class and dignity, while asking for nothing in return. She put in so much time and energy simply because she loves the kids.

Michelle is a loving mother who cares for her children and any child she comes across. Michelle became a second mother to my daughter, ▮, and the Janavs family became her second family. She loves and cares for ▮ as if she were her own. The Janavs home is 5 minutes away from the high school. Due to the far distance of our home to the school, Michelle made sure that ▮ always had a place to rest, eat, and get ready for school if she could not make the bus home due to her late after school activities. She assured me that I never needed to worry about picking her up late, that my daughter always had a place to stay. They even gave

my daughter a key and to their home, should she need to go by the house for any reason. Michelle made several trips to school to provide the girls with hot lunches and attended all of the girls' volleyball games. One of the games fell on ▇▇▇▇ birthday. Michelle and her daughters showed up with decorated posters and signs to support and cheer her on. It was so thoughtful of them. ▇▇▇▇ greatly appreciated their love and support.

Before I knew it, the girls were already in their senior year. They were extremely excited about their future and had begun making plans for their graduation. Their hopes and dreams of graduating together were soon taken away. Her eldest daughter, ▇▇▇▇ was not allowed to attend prom, grad night or graduation. As a parent, my heart broke for her. This was not how their senior year was supposed to end. It was a very sad and emotional time.

Michelle went out of her way to include ▇▇▇▇ on several of her family vacations, both nationally and internationally. She always treated her and never asked me to pay a dollar. On one of those trips, ▇▇▇▇ caught a nasty flu and Michelle took her to a clinic and nursed her to health as though she was her own daughter. I never had to worry when ▇▇▇▇ was away, because I knew as long as she was with Michelle she was always in good hands.

Another trip I will always be grateful to Michelle for is when she took my daughter to college across the country. ▇▇▇▇ had to arrive to school in the early summer to begin her volleyball training. Due to my demanding work schedule, I asked Michelle if she was planning any travel during that time on the east coast. Without hesitation, she told me she had plans to travel back east during that same timeframe and would happily take her to school for me. I soon came to find out that Michelle was not in fact planning to travel those dates, and completely rearranged her entire schedule to make sure ▇▇▇▇ got to school safely and on time. I was so grateful to her that she was willing to take her. That is Michelle. She is always willing to lend a hand, to help others. I know how much my daughter appreciated this act of kindness and has so much love for Michelle for being a loving second mother to her.

This case has been very hard on all of us, but it will never change the way I feel about Michelle as a person and a human being. She is a mother, who is loving, nurturing, supporting, and caring. She goes out of her way to help others. I truly love her forever as my friend and for caring and loving my daughter as her own, as she does for so many others.

Sincerely,

Vaga Haviland