# EXHIBIT "27"

Honorable Judge Gorton
United States District Court
District of Massachusetts
1 Courthouse Way,
Boston, Massachusetts, 02210

Your Honor,

I am writing on behalf of my dear friend Michelle Janavs, or as I knew her for so long as 'Michelle Meraj'. I have known Michelle and her family for over 30 years. I have, and always will describe Michelle and her family as the kindest, most giving people I have ever met. Michelle and I were inseparable from the 9th grade through high school. Michelle's family was close and loving and they truly cared about each other. There was such a deep respect and love towards one another that I saw and felt in their home that I admired so much.; in fact you can say that at that time I would go to her house and just soak up all the 'good feelings of love' and there always seemed to be enough for everyone. I was living at that time in a pretty dysfunctional home so the 'Meraj Home' was my safe place, the one place I felt calm, accepted, good enough and happy. Looking back I could say that in my mind the glue that held that family together was unconditional love, kindness and humor.

One beautiful day Michelle arranged for a few of us high school friends to get together at the beach and bring our own children. It was an amazing day to still feel so close and have our very own children there laughing and giggling together, as Michelle and I did many years ago. It was just one of those amazing moments in life!! It was also at that time when I saw what an amazing Mother Michelle was. She was so much like her own beautiful 'Mama' and loved her babies in the same unconditional, supportive way, respectful way.

About 6 years ago I ██████████████ and of course Michelle called me to check in see how I was. In usual style I was able to share my real fears and challenges and she would listen and comfort me and remind me how strong I was. Not a few days later I got a check in the mail from Michelle and her sweet husband Paul. It took my breath away as there was no reason other than pure kindness that she sent the money. I know for her it was just something she felt she could 'actually' do while I was recovering but I do not think she could possibly ever realize how much she really truly helped at that moment as I was in a tough spot. Just like her Mum and Dad...the kindest most giving and selfless people I have ever known....truly!

Two years later I was given another challenge when ████████████████████████████████
████████████████████████████████████████████████████████. That time honestly is a blur for me as I was trying to get myself and my two daughters through it. I can't recall how people know about the day of the funeral but one thing I am sure of....Michelle was there, sitting calmly, with her sweet loving smile. She is the only one I wanted to be around as I could just be myself with her, quiet and in shock. She never forced conversation or anything, she just was there for me like a kind soul and dear dear friend from my past. She drove over 4 hours that day just to sit beside me in silence. Not many people would do that.

When Michelle's Mother ████████████ she, of course, dropped everything to literally take care of her 24 hours a day. That's just what this family does! Their love and respect for one another goes so deeply, family trumps EVERYTHING. I sent my best to Michelle through her family while she was

caring for her Mother and got messages of gratitude and thank you back. What Michelle may not realize I know about her is that she puts up a really good front of being strong and able to handle it all. I am not saying that my dear friend is not a strong woman, because she truly is, but she also has a heart of gold and worries 'a lot' about her family, and her children. If they are not okay, she is certainly not ok. That is who Michelle is!! I know this was one of the hardest times for her, being so strong for her Mother, caring for and trying to remain as optimistic as possible, while also being away from her own children.

I cannot say what exactly happened with the college situation as I was not there and I was not privy to all the conversations but what I do know is……If Michelle had realized that this would have hurt her family, her children like it has she would never ever had made that decision. Moreover, I have no doubt that the love for her children and the desire for them to succeed certainly motivated every choice she made. She was never the Mother to push her children into things they didn't want or be someone they didn't want to be. She met her children where they were at, encouraging and supporting with love and confidence….just as her own Mother parented her.

In short, I am stunned and saddened to be writing this letter. I am devastated for her and more so her children and her family. Since her own ▓▓▓▓▓▓▓▓▓▓ can see that Michelle has so bravely and elegantly stepped into those shoes and has really become the Matriarch of the family, once again keeping everyone together with endless flow of unconditional love, respect, kindness and compassion. I am also feeling so inadequate that my words cannot fully portray Michelle in the way I would like. Michelle is a positive part of society, she is a person that brings more joy, kindness and compassion than most. We need more people like Michelle in our world, caring about others, seeing the silver lining in all the darkness, loving the people close to her and sending compassion and kindness to those she doesn't know but may be able to help.

Thank you for your time,

Warm regards and all sincerity,

*Vanessa Thiemann, MSW*
Vanessa Thiemann MSW