# EXHIBIT

# "30"

# SOFIA **AMMOR**

Mirador La Coleccion · Street 1, Villa 8 · Dubai, UAE ·
Sofia.ammor@gmail.com · Mobile +971 55 220 0455

---

Re: Michelle Janavs

Dear Honorable Judge,

I have had the pleasure to know Michelle for 17 years. Our relationship started with a design project she hired me for that soon evolved into a true friendship. The reason is because she is a wonderful decent human being with solid moral values. Our friendship is rooted in mutual love and respect and stands far from benefiting from one another.

At the time we met, I worked in a luxury furniture store in Los Angeles where she came in to select a few pieces for her home. I remember that meet up so vividly. I was touched by Michelle's soft, respectful and kind manners. She was very different from the celebrities and rich clientele I had previously dealt with, most of which took on an entitled and demanding attitude. As a matter of fact, Michelle was so understated and never played on her social status or wealth. Through the project, Michelle handled our differences of opinions with grace and respect. Upon finishing her project, her parents hired me to help with their home. This wonderful family took me in as one of them when they really didn't have to. I am sharing this because this how I got to be involved deeply with their family matters, conversations and dynamics. One may think that wealthy people are arrogant, entitled and selfish but let me tell you that this family does not fit that stereotype at all. They are humble, kind, helpful, loving, respectful just to name a few attributes and this is exactly how I would describe Michelle.

I have personally witnessed my friend go out of her way to help a less fortunate lady giving her the financial support for her medical needs at the time. Aside from helping her close community, I have seen Michelle's relentless dedication for her husband Paul and their three children. I have spent quite a bit of time in their home and seen her in action caring for her loved ones. I remember once, I was spending the night at her place, I got awakened by ███ who was crying in the middle of the night. I followed the noise which led me to the kitchen where I found the little three-year-old propped up on the kitchen island, unhinged and refusing to drink the medicine Michelle was trying to give her to reduce her fever. I sat with them and watched Michelle patiently trying for hours, literally hours, to convince her gently to take her medicine. Things weren't done that way where I came from and to me having that selflessness, dedication and gentleness to deal with her little child showed me the kind of mother and person she is.

She personally did everything you can imagine for her children, never hiring anyone to drive them or care for them. She became an example I looked up to when I had my own children.

One might think "she has to, she is a mom". Well, Michelle is as dedicated to her family as the people she loves. I am the living proof of that. I went through a very traumatic breakup with then, my fiancé. We had gotten into a heated argument which led me to feel frightened and scared for my safety. I went back to the safety of my parents overseas and overnight leaving everything behind and without notice. I called Michelle to apologize about needing time to finish the project and explained my reasons but what I found was far more than an understanding client. I found a true friend who gave me the emotional support I needed at the time and who guided me through the separation process with valuable advice. Not feeling safe coming back to my own apartment, she welcomed me into her home, settled me in with her family and nursed me back to feeling great and moving on with life. This is the kind of person Michelle is. She didn't have to. At the end of the day, I was just the interior designer and could have been replaced so easily. But no, she stood by me, supported me, loved me and helped me gain back my confidence as a woman. Today I am happily married with a wonderful man and I truly believe that her guidance and advice has led me to make better decisions for myself. To this day, I know that if I ever needed my friend, she'll fly across the world to be of support and honestly, she has nothing to gain from me but genuine love and respect. I have no major connections around the world. We are a regular upper middle-class family who live by our old school values. But that's just the kind of person Michelle is. I genuinely never ever felt that wealth got into Michelle's head. I would have never been able to form such a strong friendship if her character was driven by money and power. When you earn Michelle's love and trust, she is dedicated and loyal. I am honored and lucky to call her my friend. I am honored and lucky to have earned the love and respect of her parents as well.

And so, every time I have come back to visit my family in Los Angeles, it has always included Michelle and her family. She was always excited to come to know about my visits to Los Angeles and has always made sure to make time to have me over for a good catch up. This time around, last July, I found my friend completely distraught from the bad decisions she felt she had made with regards to her children's college admissions. I was very surprised of this misconduct and felt it was completely out of character and, from our conversations, I can confidently share with you that Michelle was deeply sorry and ashamed of her actions.

I truly believe that in her mind, they did not stem from a place of abuse of power but rather simply from a loving mother trying to give the best to her children as she has always selflessly done. The duty to protect one's children could make one lose sight of what is right from wrong and I know that this is exactly what took place. Michelle shared that this had been a humbling experience and expressed a deep sense of remorse in making such a big foolish mistake. She has truly accepted responsibly for her terrible actions and realized how one can get blinded by the love for our children.

2

Furthermore, I am concerned about her Mom. ███████████████████
████████████████████████████████████████████████████████████
███████████████████████. I can't even imagine how that would impact not only her Mom's but the entire family's wellbeing. She is the emotional rock for everyone to lean on. Her presence, daily tasks and position within her family is paramount. Taking that away will impact everyone greatly and the stress may lead to her ██████████████████████. She is such a gentle, innocent, beautiful person who took on a quasi-motherly role in my life. I would be incredibly sad to see her and my entire adopted American family go through such stress and pain.

Every single word in this letter is truth of what I know and how I feel. Dear honorable Judge, I truly hope that you take my sincere letter into consideration at the time of sentencing. Despite her terrible bad judgement and the gravity of her offence, I still believe that my dear friend Michelle is a decent and honorable person and a good human being. If you knew her the way I do, you would see what a formidable woman she is. I pray you find it in your heart to forgive the mistake a mother made and trust that she has learned her lesson.

Sincerely,

Sofia Ammor

3