# EXHIBIT "32"

November 12, 2019

The Honorable Nathaniel M Gorton
United States District Judge,

My name is Melissa Petrus, I currently live in Orange County, California. I am a wife, mother and an upstanding member of my church and community. Together, my husband and I are parents to four young children and we are expecting our fifth shortly.

I met Michelle Janavs and her family roughly seven years ago when I was introduced to her through her sister who I've known for some time. Since meeting Michelle, her and her entire family have become a big part of our lives. We are in constant contact and try to get together with and without children as often as our schedules permit. Her children have become like younger siblings to me and my kids look up to and enjoy their company very much. I really cherish our relationship.

Throughout the years, Michelle has not only been there for me but for all of my children. She is one of those people that when you meet her she embraces everything about you, she's a positive light, a supporter, a cheerleader. Michelle is the person I call when I'm having a bad day and know she can turn it around. She is lighthearted and fun but determined and the most capable hard working woman I know. There's a saying, "if you want something done, ask a busy person." That is Michelle. She is a YES person. From big to small, she does it all. The school needs funds for a new educational program? She rallies everyone together and raises the money. Her husband has a great idea for a business? She does the research and supports him. ███████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████. Michelle still checks in with this woman's son and has made sure he's doing okay, because, your honor, that's who Michelle Janavs is.

When the news broke that Michelle was involved in the college admissions scandal, my family and I were shocked, to say the least. I have always regarded and witnessed Michelle to be nothing less than a leading member of her community and the failure to live up to the standards she has set for herself is a swift departure from her character and what she represents. Michelle is extremely benevolent and philanthropic, she is involved in multiple organizations and foundations and has always upheld an impeccable reputation, deservedly so. The Michelle I know is a great wife, and mother, she is a great friend and exactly the type of person you want in your corner.

Michelle has discussed with me the gravity of her situation and the charges she is facing. I've sought to understand why she did what she did because this is the last thing I expected. Michelle has expressed to me how remorseful she is, and while she knew that she was providing her children with an unfair advantage she never imagined the level of consequence that she is facing now. I have seen how this has affected her, the remorse and regret are apparent, she has never been involved in anything like this before and will never again. This is completely out of character for Michelle.

Michelle has always been the pillar that her family has leaned on, be it running her household of a husband and three children, or helping her brother with his three children throughout his divorce, to taking charge and finding the appropriate ███████████████████████████████████. She has been the glue that has kept the family together. She has organized the family and kept everyone close. It has been inspiring to watch her extend herself daily for others. Something I hope to mimic with my growing family.

I have also witnessed the impact of this case on her family, from her children not speaking to her for extended periods of time, to counseling both individually and with her husband, to being shamed in her community. Michelle could not have predicted the far reaching effects of this scheme and she has to carry around that guilt and failure forever, not only as member of her community but as a mother to her children, a daughter to her parents, a sibling, her reputation has been forever altered.

If Michelle is sentenced to prison, I think this would have a deeply negative impact on her family. As mentioned above, Michelle is the rock that holds her family together. The public nature of this case has already caused much anguish and embarrassment for her family and friends. The publicity at every turn has forced them to be judged over and over again every time a new headline is published. Michelle has learned her lesson and more than ever she needs to be around her family for their own health. Her daughter is midway through her senior year in a new high school and she needs a mother at home to guide her and help get through these challenging times. I think home confinement would be much more suitable given Michelle's situation. Her children need her, ████████████████████████████████████
████████████████████████ r, her husband for the sanctity of their marriage needs her.

Everyone has faults, but Michelle has paid a very steep price for hers. From the fractured relationship with her family that she is working tirelessly at repairing. The shame and embarrassment it caused herself and her family. The ultimate price that she will have to carry this with her forever, the feelings of shame, and guilt and embarrassment that can only come when you know that you not only let down society, family, friends, but you let yourself down, you didn't live up to the high moral code you set for yourself. Michelle is forever a changed person after this mistake and she will right the wrongs and live up to a much higher standard going forward. The type of change that cannot be expressed with words or promises but must be witnessed with action. It is my belief that Michelle has learned her lesson and going away to prison is not in the best interest of anyone. Although she must pay a price for her actions it should not be necessary for her family and loved ones to pay that price as well, with her absence. I count Michelle as one of my closest friends, a mentor, a role model. I look forward to an ever-evolving relationship with Michelle through all her faults and my faults I know that she is a good person.

Sincerely,

Melissa Petrus