# EXHIBIT "33"



**DECLARATION OF TRANSLATOR AND INTERPRETER**

I, the undersigned, state:  I am an official certified Federal and State court interpreter of English and Spanish.

I have personally translated the documents listed below, from Spanish into English and that my translation is true and correct to the best of my abilities and belief.

    Two (2) Character Letters for Judge Nathaniel Gorton

    In the case of US. V Michelle Janavs

    19CR100080-NMG-12

Executed under penalty of perjury on December 12, 2019, at Los Angeles, California.

_____
JULIE DRUCKER
State and Federal Certified Interpreter:  #300388
Translation requested by Bienert & Katzman.

English, Spanish & French    Telephone Number: (323) 304-9288

6523 Moore Drive, Los Angeles, CA 90048    Email: julieldrucker@gmail.com

T R A N S L A T I O N

November 4, 2019

To: Judge Gorton

I've known Michelle since I was 22 years old. That was when I first met her and, now, I am 53 years old, because my mom was working for the family and my mom worked for them for 33 years, and now she is retired and continues to live with the family because they consider her part of the family. Michelle considers her and treats her as if she were the grandmother of the children.

Now I work as Property Manager for the family, which fills me with honor and pride.

When I met Michelle, she was very respectful and kind to me. The only thing I knew about her at that time was what my mother told me. She always said she was very good mannered, kind and respectful, always concerned about my mother's well-being and the well-being of those around her.

I've always seen Michelle treat people with a lot of respect and affection, no matter their social class, color, religion or appearance. What has always impacted me was to see how she had concern for children, the elderly and the poor. This brings back memories of everything she did for her employee Maria, ███████████████████████ r. Michelle was always with her. She impressed me and I was surprised by the way she cared. She was available to Maria 24-hours a day. I remember that there were times that she got up at 2:00 in the morning to go to see her because she was not well. After Maria died, she took on the funeral expenses, with no regard for how much it was. Michelle is a woman with very deep feelings and a heart of gold.

When I learned that Michelle was in legal trouble I was devastated because I've always known Michelle as an upright woman, decent and without prejudice. It was very hard for me to accept because Michelle has never treated me as an employee but as part of the family. This affected me emotionally and personally a lot because of what she is going through as I love her like a sister, because we have known each other for a long time and she has always been there for me when I've needed her.

It has been very hard for me to see Michelle suffer and shed so many tears and I know she is sorry for what she did. I know it because I know her very well and I know she would never do anything to hurt other people.

This has greatly affected all those of us who love her, employees, friends and family.

I am very afraid of what may happen in terms of health to her close family members, such as her father and mother, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Mrs. Lilly as I call her. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and I know it would be devastating to her if this were to escalate with Michelle.

Michelle is a very strong pillar in this family because she always takes care of her mother ▇▇▇▇▇▇▇▇▇▇▇. I don't know what would happen to her mother if she were sentenced to prison.

She is always involved in school charities and charitable institutions, and that is all I see in her future: helping those in need.

Michelle is a wonderful woman with a great heart who does not deserve to go through what she is going through.  There are so many good things to say about her. If I could take her place I would to spare her what she is going through.


[SIGNATURE]
Casto Valentin Lopez
Tel # 949-554-5416