# EXHIBIT

# “34”

 **DECLARATION OF TRANSLATOR AND INTERPRETER**

I, the undersigned, state: I am an official certified Federal and State court interpreter of English and Spanish.

I have personally translated the documents listed below, from Spanish into English and that my translation is true and correct to the best of my abilities and belief.

Two (2) Character Letters for Judge Nathaniel Gorton

In the case of US. V Michelle Janavs

19CR100080-NMG-12

Executed under penalty of perjury on December 12, 2019, at Los Angeles, California.

JULIE DRUCKER
State and Federal Certified Interpreter: #300388
Translation requested by Bienert & Katzman.

TRANSLATION

November 4, 2019

To: Honorable Nathaniel M. Gordon

My name is Teresa F. Lopez. I'm 77 years old. I started working for the Merage family In the year 1985 and that's how I met Michelle. Ever since I met her, she has treated me with a lot of respect and love.

Michelle always was, and is, very respectful to all people regardless of social class, religious and/or personal appearance. As a teenager, she was always very well behaved and always respectful of the family and other people who surround her. I never saw her do anything to bring shame upon her parents or herself.

I've always seen that both her character and personality have been flawless. Her employees have always been happy working with her and for her. She helps them in what they need and is always making sure that they are OK, because she is a woman of principles and a great heart.

I took care of her children, from the eldest, my little prince [redacted], and my two princesses [redacted], they are very good and well-behaved children because their mother always instilled that in them and, so far, they respect me as their *nana* that I am, just as they respect everyone else.

They respect me as their grandmother because that is what Michelle, as an exemplary mother, instilled in them.

Michelle always looks out for me even though I don't work for them anymore because I'm retired, but I still live in the Merage property in appreciation for what I did for them. I am proud to have had the pleasure and honor of working for her.

I was surprised to learn that Michelle got involved in that because she is not of that kind of person, since she was always very legal [sic] in everything she did.

I saw that this case affected her a lot, as it has affected those of us who surround her. I've seen her cry a lot. I myself have comforted her a lot because I have also seen she is very depressed. And I know, and I am very sure, because I know her very well, that this has affected her and I know she is sorry for having done it and I know she would never do the same again.

Your honor: I myself want to ask you from the bottom of my heart that you please consider Michelle's case because she is a good mother, a good person, for society, but above all, because she is a very valuable and important part of the family, especially for her mother, Mrs. Lilly, [REDACTED] and if Michelle goes to prison it would be devastating for Mrs. Lilly, as well as for all of us who love her. Please, Your Honor, I beg you. Consider Michelle's case. She doesn't hurt anyone, on the contrary, she helps congregations and charitable entities.

May God bless you and illuminate you in imposing your sentence. Thank you.

[SIGNATURE]
Teresa F. Lopez
Tel # 949-554-5242