# EXHIBIT

# "35"

The Honorable Nathaniel M. Gorton
United States District Judge

Dear Judge Gorton,

When I first began working with Michelle as her house manager/assistant, every acquaintance, associate, contractor or friend I came into contact with told me how lucky I was to be working with her. I soon came to realize why they had such high praise for her. Michelle is undoubtably the most kind-hearted, dedicated, caring and compassionate boss I have ever had the privilege of working for. The one trait I find most admirable is the fact that she constantly shows up for everyone (family, friends, and employees) despite whatever hardships she is personally facing.

Even though I am an employee of Michelle, she has always made me feel as though I am one of her daughters. One particular instance of this was my engagement party. The party was set to take place just a week after Michelle's hearing in Boston. Considering the fact that she had not left her home in several days and the stress her and her family were under, I had an inclination she would be unable to attend. Due to her fragile state, I understood she would not feel up for socializing and being surrounded by a room full of strangers. Prior to the party, I had confided in her that I have a very complicated relationship with my family and it greatly saddened me that they would not be in attendance for such an important occasion.
Despite all of my hesitations, I walked into the party and Michelle was the first person I saw. Knowing the situation at hand, she put myself before her problems to make sure I felt supported and loved on that special day. I will forever be grateful for her showing up for me and stepping in as my family.

Michelle's immense heart carries over into how she is as a mother.  In working with Michelle, I have formed very close relationships with her children. They are not only extremely gracious and kind, but down to earth. Unfortunately, over the course of the past seven months I have witnessed the negative consequences this case has had on them and how it has directly impacted their lives. Being a teenager in this day and age is difficult enough without having to deal with the stress of the media and judgement from peers and their academic institutions. Despite the outcomes the case has had on their lives, Michelle has remained a positive and strong force for her entire family, while trying her best not to let those around her be further affected. I have observed her making tremendous efforts to maintain a sense of normalcy in her their lives.  Her oldest daughter ███, a then senior in high school, was told due to Michelle's alleged behavior she would not be allowed to return to school for the remainder of the year or partake in any of the senior events. This included walking in her graduation. Knowing how much this devastated ███, Michelle planned a beautiful graduation ceremony for her daughter surrounded by close friends and family. Every detail was carefully thought out to ensure her daughter's accomplishments were not diminished.  She even created a custom cap and gown with personalized patches that she ironed onto the gown which represented her achievements and accolades. Most recently, I arrived to her home to find her standing on a ladder decorating her entire home with Halloween décor, pumpkins and hay barrels. I asked if she does this every year, and her answer was "Yes, I do this every year for my kids and wanted to make the house

feel like normal for ███ ." Her conscious acts, both big and small, demonstrate her love and good intentions.

The most difficult part of this situation is to envision what the outcome would be if she were to be sentenced to prison. Not only what it would do to her children and husband, but to the rest of her family. Michelle is the rock for her entire family. She is the matriarch and the care taker. Each member turns to her for everything and anything. Her mom ██████████████ ███ especially relies heavily on Michelle and finds great comfort in the fact that she lives down the street, five houses away, and is always in close proximity. Amidst all of the chaos from this case, Michelle is even helping her brother plan his sons bar mitzvah. Michelle is the glue of her family, and for her to not be there for them would be truly devastating.

Every decision Michelle makes comes from a place of thoughtfulness and good intent. I have yet to meet anyone who would disagree. Although this is an unfortunate situation, Michelle's priorities of putting her family and friends first have not gone to way side. She has done her best to not let it affect those she cares about most which I find remarkable. She has repeatedly expressed how remorseful she is, and I can see daily the pain she carries with her knowing that she has hurt the people that she loves the most. I have the utmost respect for her as a boss, a mother and a friend. I consider Michelle my chosen family and it breaks my heart to witness so closely how this has affected her and her loved ones.

Sincerely,

Terra Singer

Terrasinger01@gmail.com
(949) 683 0998