# EXHIBIT "36"

November 24, 2019

Honorable Judge Gorton
United States District Court
District of Massachusetts
1 Courthouse Way,
Boston, Massachusetts, 02210

Honorable Judge Gorton,

I have been Michelle's chef for four and a half years. My job entails being at the house 5 days a week, so as you can imagine I've gotten a pretty intimate look at this wonderful family.

From day 1, Michelle and her family have been a dream to work for. They've shown me nothing but love and gratitude and have truly become family to me. I always joke that ▮▮▮▮▮▮▮▮▮▮ are better kids than I was at that age and that I need Michelle to write me a 'how to' on parenting for when I have children of my own. They are kind, humble and so incredibly smart, just like their mother. I love them like they're my own siblings, so watching them go through this these past few months has been heart wrenching.

When it comes to Michelle, all she truly wants in life is for her family and children to be happy. She would never knowingly do something that would put them at risk. Ever. I've had to watch Michelle's life crumble in a matter of months. And even worse, I've had to watch her children's lives almost come to a complete halt. Breakdowns and tears have become a daily occurrence in a house that no longer even feels like a home to them after the FBI raid happened months ago. I've had to watch Michelle console her daughter over the phone, telling her not to worry and that everything is going to be alright. Then immediately upon hanging up the phone burst into tears. I myself, have shared tears with them on multiple occasions because it has been one of the most heartbreaking events of my life to witness.

So my question is this: How is this not the greatest punishment of all to a person who's biggest priority in life is the well-being of her children and family? Having to watch their lives get turned upside down and to see them hurt every single day and be able to do nothing about it is the worst thing you could ever do to a mother like Michelle. She's going through this every day. I know, because I'm there. I've seen her pain. I can't even count how many times I've had to sit on the floor and hold her while she tries to catch her breath from crying so hard. To say that she needs to go to prison, to learn a lesson or to receive 'fair' punishment is wildly excessive. Her children will be the ones who suffer the most if Michelle goes away. Children who need their mother at probably the most difficult time of their life.

I beg you to consider this when Michelle stands before you.

Sincerely,

Breana Thomas