# EXHIBIT "37"

November 14, 2019

Dear Honorable Judge Gorton,

Thank you so much for taking the time to read this, what I believe is an extremely important document, in my life and that of my best friend Michelle's.

My name is Laura Choumas. I am 50 years old and live in Newport Beach, California. I have been married for 28 years and have three sons. My husband, John, has worked at our family business in downtown LA for 35 years. We have respectfully supported our schools, our faith, and community. We have raised our sons to be humble, kind, honest, and to have faith in God. We are very grateful to have surrounded ourselves with incredible friends and family.

I was asked to write this letter to describe my dearest friend's character. Easy enough there are hundreds of stories. I have been thinking for days which story would best describe her and our friendship, but the truth is there are too many to write down.

I think the best example of Michelle's character is her exceptional gift of being mother. I met Michelle when she was pregnant with ████ at a baby shower just before she and her family moved to Southern California, approximately 18 years ago. We became fast and very close friends. She and I had the same beliefs in raising our children, caring for our husbands, and helping our community. We have shared many wonderful memories. We have taken family trips, spent holidays together, birthdays and unfortunately funerals of passing family and friends.

Michelle is a great mother. ████████████████ have been raised in a loving home with values and structure. Michelle would drive them to school, take them to after school activities, sporting events on the weekends and birthday parties. She was the first one to volunteer to help out in the classroom or to drive the kids to a distant field trip. She was a "Super Mother". Her kids never missed an event or an opportunity to learn. Michelle helped her children establish charitable programs, including publishing books to raise funds for hungry children in our community. She exposed her children to the many charitable programs that her entire family was involved in and instilled in them the importance of helping others.

Michelle was not only a mother to her three children but also to a plethora of extended family, friends and strangers who needed support. I remember a particular story that stands out because I have never met someone who treated everyone with the same love and care. Michelle had a dear housekeeper, Mari, ██████████████████████████
██████████████████████████████████████████████

Michelle has been a true friend to a lot of people. She has encouraged goodness in all. When something is wrong or someone is down, Michelle is the first one to lend a helping hand to

make things better. I remember having some bad days and before I could hang up the phone she would be at my door. Her kind words, her big heart and her sunny disposition always made me feel better. She has a great way of putting things into perspective. She has brought strength and wisdom to our friendship. She has been a great influence on my good decisions and has helped me through tough times. I often think when making a decision, what would Michelle do? She has always had a very diplomatic perspective on how matters should be handled and addressed. If our kids were misbehaving, she would sit them down and discuss rationally the situation and how to improve on it. A mentor to all. There has been a silent hand on her shoulder that has always directed her to doing what is best for others. I personally know she has helped her brother through his divorce. She took his children into her home during that time of need and provided them stability. When her mother was ill, Michelle never left her side. Family really is the most important to her. Michell is always willing to drop anything for her children. For instance, her son ███ was extremely ill with the flu while at school back east. Michelle who was attending a meeting in LA at the time, received a call from him and directly went to the airport to catch the soonest flight. Since she was dressed in appropriate clothing for California weather in February, she quickly purchased a pair of sweatpants and a sweatshirt from the airport and was on the next flight. Michelle is selfless. It is always about others before herself.

I have had the incredible experience of having a true friendship with Michelle. To see her magic of kindness and giving has been life changing. It is with a heavy heart to see Michelle have to go through this experience. I know she is experiencing true remorse for her precipitous action. She has come to my home many afternoons in sadness and despair. We've cried many tears together.

Michelle and her family have had many challenges throughout the years. I know she will take this temporary misjudgment with her head held high and do the best to learn from her mistakes. We talked about how good days give you happiness, bad days give you experience, the worst day gives you a lesson, and most importantly everyday will give you memories. We have walked many paths together and I too will walk this one with her. I stand side-by-side with her during these unsure times. I believe this experience will only make Michelle stronger. She will have more compassion, kindness and love for others, herself, and her children. She is an anchor. I personally ask for compassion for my dear friend. Thank you for reading this letter.

Sincerely

Laura Choumas