# EXHIBIT "38"

November 11, 2019

Monica McEntee
2259 Ladera Vista Drive
Fullerton, CA 92831

Dear Judge Gorton,

My name is Monica McEntee (Catholic, married for 39 years, mother of 3, grandmother of 7). I have been a personal friend of Michelle Janavs and her family for over 12 years.

Michelle is an extraordinary woman hard working, down to earth and treats everyone she encounters as an equal. Active in the community and loved by her family and friends, she shows up at a moment's notice with a grateful heart.

███████████████████████████████████████. As a result, Michelle has been by her side every step of the way still today. Michelle traveled back and forth regularly from Orange County, CA ███████████████████████ to be by her mother's side. A relationship to be admired. She did all of this while managing family and charity life back home. The Second Harvest Food Bank organization is her favorite charity where both she and her children are active.

Michelle's actions came purely out of love for her children completely unaware of the consequences that would follow. Michelle's character is pure of heart and her intentions are always for the greater good of others. This incident does NOT define Michelle Janavs. What defines Michelle is the love and respect from her family and friends. If she were to be imprisoned my concern would be the immense setback of her mother's health in addition to the detrimental effect it would have on her children and husband. Michelle has expressed to me the significant trauma she and her family have dealt with as a result of the initial arrest when law enforcement descended upon her home in the early morning hours.

Judge Gorton, I believe others who know her personally would agree with my sentiments that she does not deserve the punishment of imprisonment.

I appreciate your time and attention.

Sincerely,

*Monica McEntee*

Monica McEntee