# EXHIBIT "42"

**MLG**

**MAZAREI LAW GROUP, INC.**

18881 Von Karman Ave, Suite 1620
Irvine, CA 92612

Tel: 714.418.5797
Fax: 714.418.5788
MazareiLaw.com

December 10, 2019

Honorable Nathaniel Gorton

    **Re:  Michelle Janavs' Sentencing**

Your Honor,

I am writing this letter in connection with the sentencing of Michelle Janavs.  I met Michelle nearly five years ago when both of our children were freshman students at Sage Hill School.  Our daughters, along with a group of girls, became friends and as a result I got more exposure to Michelle and who she was.  Over the years and through various interactions, I gained a better understanding of Michelle's character.  I found Michelle to be a very kind, generous and down to earth person. She was extremely kind and generous to our kids. If the kids needed transportation, a place to stay or an ear to listen to, Michelle was always there.

When at Sage Hill, she served on the Board of Trustee for many years.  Specifically, she was part of the Development Committee for 4 years and served as the Chair of the Development Committee for the last 2 years.   In that capacity, Michelle was able to raise millions of dollars for a state-of-the-art Science center, an athletics complex including tennis courts/swimming pool, expansion of the cafeteria, and complete renovation of the library to better meet the needs of the students.  Sage Hill did not have a science center, athletics complex or swimming pool and that why Michelle's efforts were so valuable and benefitted so many students at Sage Hill.  Additionally, Michelle was instrumental in raising funds for the scholarship funds and endowment for Sage Hill which provided full or partial scholarship for many students with limited resources.  The students who did not have the necessary financial means could not have attended Sage Hill without this scholarship fund.

In addition to raising funds for Scholarship funds, it is also my understanding that Michelle herself sponsored a Sage Hill student's education for all four years.  This particular student was fully dependent on the financial aid that Michelle provided her and without the financial aid the student would not be able to attend Sage Hill.

Over the course of last year, I have also learned the details of the FBI raid and the ensuing criminal charges.  I understand that when the FBI raided Michelle's house, everyone in the household including the children were placed in handcuffs.  The children witnessed Michelle being taken away by the FBI.  As a mother, I can only imagine the shame and the guilt that she experienced when her family was put through this incredibly painful experience.  Every trip that Michelle has taken to Boston or the prospect of facing her punishment has caused a tremendous

amount of stress and pain in Michelle and her family's life. What has happened to Michelle has served as one of the hardest lessons that Michelle or the members of her family could have experienced. She has suffered public and private attacks and humiliation. I genuinely believe that the pain and anguish that this incident has caused for Michelle and her family is not anything that any of them will ever forget. If Michelle had the opportunity to undo the past, I know she would do everything in her power to go back and take back the decisions that she made. Based on what I know about Michelle, I believe the conduct that underlies the charges is very uncharacteristic of Michelle. She is someone who worked very hard in her life to fulfill her duties and I do genuinely believe this was an isolated incident that has taught her and her family valuable lessons that will last a lifetime. Based on the information in this letter, I sincerely hope that this Court can show leniency towards Michelle as she has already suffered a great deal as a result of the events of last year.

Thank you very much for your consideration of this letter.

Respectfully Submitted

**MAZAREI LAW GROUP, INC.**

Tawny Mazarei, Esq.