# EXHIBIT "43"

Maria Flores
14300 Clinton St SPC25
Garden Grove, CA, 92843

November 5, 2019

The Honorable Nathaniel M Gorton
United States District Judge

Re: Sentencing of Michelle Janavs

Your Honor:

I am writing to urge leniency in the sentencing of Michelle Janavs.

I have known Michelle for approximately seven years since I started working for the Merage Family as a Housekeeper in 2012. From the time I have known her, Michelle has always been a very friendly and humble person. I have always seen her as a good mother, daughter, and aunt, at the same time I have observed how she cares about her family's well-being.

Michelle has also been very kind to her house personnel. For example, in 2013, her housekeeper, Maria, was ██████████████. Michelle supported Maria and her family until Maria passed away in 2014. It was very touching to observe how much she cares about her house personnel and demonstrated how noble Michelle is.

Michelle cares a lot about her family. I have always been surprised at how attentive she is towards her nieces, nephews, and parents. She always goes above and beyond for them. For example, with her little niece, she would be very motherly and treat her like her daughter. Michelle is also always there for her parents, always making sure they are well attended, especially towards her mother ██████████████ around three years ago.

From what I have observed, this case has affected her family, mostly her parents and her children. They have shown signs of distress and concern. I believe if she was sent to prison, not only her children but her mom, Mrs. Elizabeth, will be devastated. ██████████████████████████, I am worried Mrs. Elizabeth will be affected the most.

After what she has been through, I don't think Michelle will ever do something like this again. She will never put herself and her family in this situation. I have noticed that Michelle has feelings of remorse and embarrassment for what she did. I have observed that she has lost weight and she is no longer the cheerful person she has always been.

It is my sincere hope that the court considers this letter at the time of sentencing. Despite the current events, I believe Michelle to be a very respected individual and a good community member, and I know she will not do this again.

Sincerely,

*[signature]*

Maria Flores