# EXHIBIT "45"

The Honorable Nathaniel M. Gordon
United States District Judge

Your Honor,
I am a dear friend to Michelle and her family. I have known Michelle for approximately twenty years. In that time we have shared dinners, weddings, birthdays and other special occasions together.

I have spent enough time with Michelle to know her extremely well. I hold a high regard for her opinion and character. Michelle is a most caring wife, mother and family member. I, extremely, admire her family values. Her family is her top priority. She is very involved in the care of her disabled mom. Michelle is the family member that all of her family turn to for any additional help or advice.

I, myself, discussed with Michelle the difficulties my grandson was having in school at Newport Coast Elementary. She suggested I might want to take a look at St. Mary's Elementary School. There was a tremendous change in my grandson's school grades and experiences.

I, absolutely, love Michelle. She is one of my favorite people. I always look forward to spending time together. It would be a huge hardship on her family, especially her mom, to not have Michelle at home.
Your Honor, please take into consideration that Michelle has talked many, many times about how remorseful she is for what she did. I can only hope that this will aid you in your summation of Michelle and the person she really is.

Sincerely,

JoAnn Fanticola