# EXHIBIT "48"

SECOND HARVEST FOOD BANK OF ORANGE COUNTY
*Founder's Legacy Award 2014*
MICHELLE & ISABEL JANAVS