# EXHIBIT

# "49"

**Paper Palace Directions**

1. Write down the date that you must return your paper palace (full of coins!) to school.

2. Then, color your paper palace with pencils, pens, or crayons.

3. After you have colored your paper palace, carefully cut it out on the **solid** lines. Be careful to only cut around the outer outline of the paper palace. Don't forget to cut out the coin slot in the roof!

4. After you have cut out your paper palace, fold all the **dotted lines** (all lines fold toward the blank side of the paper)

5. Using tape or glue (or both!), carefully stick the bottom tabs to the inside of the floor. The floor tab sticks to the inside base of the wall.

6. Then, put glue on the roof tabs and stick them to the inside edges of the roof. You can put a piece of tape over the top to hold the paper palace closed.

7. Every time you eat, drop a penny, nickle, dime, quarter, or more into the top slot of the paper palace. This will help feed so many kids!

8. On the date announced by your school (and written on the bottom of your paper palace), return the paper palace - full of your generosity - to your school to be added together!

9. Don't forget to take a picture of your fully decorated paper palace and post it on our blog at www.thecandypalace.com



the candy palace

Name:

Return to school:

Kids Cafe
www.thecandypalace.com

FEEDING AMERICA

Fold this line

Cut this line

Paper Palace Pledge

Each time that I give to another kid who is less fortunate than I am, I am rewarded a thousand times over.

Thank you for your generosity!

~ Izzy

www.thecandypalace.com