# EXHIBIT "50"

# Sage Hill School

**20402 Newport Coast Drive**
**Newport Coast, CA 92657**
  Phone:  949-219-0100
  Fax:    949-219-1396

www.sagehillschool.org
*CEEB* **052124**

| | |
|---|---|
| Home Address: | |
| City: | |
| State, Zip: | |
| Parent or Guardian: | Mr. Paul Janavs and Mrs. Michelle Merage J |
| Social Security No: | |
| Gender: | F |
| Birthdate: | |
| Year student enrolled: | 2015 |
| Graduation Date: | |

| Grading Scale | GPA Points | | Grading Scale | GPA Points |
|---|---|---|---|---|
| A = 93 - 100 | 4.00 | | C = 73 - 76 | 2.00 |
| A- = 90 - 92 | 3.67 | | C- = 70 - 72 | 1.67 |
| B+ = 87 - 89 | 3.33 | | D+ = 67 - 69 | 1.33 |
| B = 83 - 86 | 3.00 | | D = 63 - 66 | 1.00 |
| B- = 80 - 82 | 2.67 | | D- = 60 - 62 | 0.67 |
| C+ = 77 - 79 | 2.33 | | F = 59 - 0 | 0.00 |
| W/P | Withdraw Passing | | W/F | Withdraw Failing |
| P | Pass | | NP | No Pass |
| CR | Credit | | NC | No Credit |
| IP | In Progress | | | |

Please note: Students enrolled in Advanced Placement (AP) and accelerated courses at Sage Hill School are awarded an additional 1.0 to the respective grade point equivalent for the letter grade earned in each course.

| Grade Yr. Level | Courses | Term 1 | Term 2 | Summer | Grade Yr. Level | Courses | Term 1 | Term 2 | Summer |
|---|---|---|---|---|---|---|---|---|---|



_____
**Signature of School Official**

_____
**Title**

_____
**Date**

This transcript is official only if seal and signature are affixed.

**Maricopa Community Colleges**  **Unofficial Transcript**  Page 1 of 1

Student Name:
Student ID:

Earned Credit Units displayed on this transcript under Cumulative Totals include all credits earned at each institution as well as all credits accepted in transfer from MCCCD or other colleges.

Birthdate:
Print Date:    05/04/2018



**End of Unofficial Transcript**

This transcript must bear signature and seal to be official.

DOJ-SINGER-TIII-00009991