# EXHIBIT "51"



# ALTRUISTIC ALL-STARS

Montage's 2017 Memory Makers use their kindness and intelligence to help others in their communities.
BY NANCY DORMAN-HICKSON

Every year, Montage Hotels & Resorts asks America's youth between the ages of 13 and 17 to submit essays explaining how they're making tremendous differences in their communities as a part of the Montage Memory Makers contest. Choosing the competition's top 12 contenders is tough; narrowing the list to five winners via a judges' panel is even tougher. This year's panel consisted of Montage founder and CEO Alan Fuerstman and literary ambassador Brad Meltzer; Norah Weinstein and Kelly Sawyer Patricof, co-presidents of the nonprofit Baby2Baby, which provides low-income children with necessities; and Sol Espinosa, the director of philanthropy and civic engagement at Microsoft. The judges selected the winners based on criteria such as ongoing community service or volunteering efforts, and achievements which made a meaningful impact. Each of the top winners receives a $10,000 academic scholarship and a two-night stay at any of the Montage properties. Inspired by the associate-led community outreach program Hearts of Montage, Montage Memory Makers is an opportunity to shine a light on young people who are giving back in their communities. Here, Montage Magazine presents the 2017 Memory Makers.

**WINNER:** [redacted] from Newport Coast, California
**PROJECT:** The Candy Palace
**ACCOMPLISHMENTS:** Raising $274,000 and providing more than 771,000 meals

When she was 9, [redacted] wrote "Izzy and the Candy Palace." Soon after, she visited the Second Harvest Food Bank of Orange County where she saw a tiny replica room and learned a family of five might live in a similar space—if they had shelter at all. Then her mother told her about people taking ketchup packets from fast-food restaurants "so they can make soup for their kids," Janavs says.

She decided to publish her book and donate its proceeds to help people in need through what she called The Candy Palace program. At the food bank, she also opened Izzy's Corner, a life-sized replica of the book's Candy Palace. There, Izzy's Corner volunteers, ages 7 to 13, help sort and package nutritious produce to feed the hungry. With organizations such as the Boy Scouts of America eager to participate, the popular youth volunteer program is booked six months in advance.

Janavs also created 3-D boxes shaped to look like the Candy Palace. Kids use the container to collect spare change, which is donated to help those without enough to eat. Since publishing "Izzy and the Candy Palace," Janavs has helped other kids publish books for charities and she's now working on a second book herself.

Today, 16-year-old Janavs continues to work on expanding the nonprofit's reach. "I'm talking to the food bank about implementing my program nationwide, so more kids can find creative ways to give," she says. (thecandypalace.com)



# MONTAGE
### INTERNATIONAL

January 19, 2017



Dear ▮▮▮,

Congratulations on being named one of our five winners in the Montage Memory Makers national contest. On behalf of Montage International, we would like to thank you for your outstanding efforts to make a difference in your community and in the world today. Below please find a summary of the awards you will be receiving:

- Round-trip coach class airfare (direct or indirect flights, such selection to be made in the sole and absolute discretion of Sponsor)
- A two (2) night hotel stay at one Montage Hotels & Resorts property and a Three Hundred and No/100 Dollars ($300.00) daily hotel credit (tax and gratuity included) for winner and one (1) legal guardian for travel before Dec. 1, 2017 (the "**Prize Trip**"); restrictions and blackout dates may apply. The Prize Trip must be redeemed during the aforementioned dates. The Prize Trip is not redeemable for cash or any other form of consideration, and is not transferrable to parties other than winner. Each winner shall select one (1) legal guardian to accompany such winner by providing written notice to Sponsor within ten (10) business days of receiving the Scholarship. Each winner may not substitute another person to accompany winner on the Prize Trip without the prior written approval of Sponsor, which Sponsor may withhold in its sole and absolute discretion. If such a substitution by such winner is attempted and Sponsor withholds its consent to such substitution, Sponsor shall not be liable for any liabilities, damages (consequential or otherwise) and/or economic loss stemming from the withholding of such consent.
- Ten-Thousand and No/100 Dollars ($10,000.00) **Scholarship** payable to an eligible university, college or other institution of higher education. Montage will pay to the institution directly.
- A feature in the spring 2017 issue of Montage Magazine

### Prize Trip
In order to finalize your Prize Trip, please reach out to Katie Hodge, VIP Reservations Coordinator. Your two-night stay is based off of availability and subject to certain blackout dates. We recommend you reach out as early as possible to ensure availability at your property of choice.

To: Katerhine.Hodge@montage.com
Cc: Alexandra.Farrar@montage.com; Jessica.Byrne@montage.com

Upon receipt of requested information, Montage will notify you of confirmed dates and proceed in arranging travel and overnight accommodations in your legal guardian's name on your behalf. Once all arrangements have been finalized, Montage will provide you with a confirmed itinerary and certificates for your daily food & beverage credit.

|  | Name | Phone Number | Email Address |
|---|---|---|---|
| Legal Guardian |  |  |  |

## Scholarship

In order to receive the aforementioned Scholarship, please complete the following upon your acceptance to an eligible and accredited university, college or other institution of higher education:

1. Send us a copy of your letter of acceptance
2. Send us a copy of your tuition statement
3. Ask the institution's office of financial aid to provide Montage with verification of enrollment

As mentioned in the contest rules, your scholarship will be paid by Montage directly to an appropriate and eligible university, college, or other institution of higher education on your behalf.

**For all Prize Trip and Scholarship communication, please contact us via email:**

To: MHRMarketing@Montagehotels.com
Cc: Jessica.Byrne@montage.com; Alexandra.farrar@montage.com

Thank you again for participating with Montage International in the Montage Memory Makers contest. You've inspired all of us and we know you will continue to make a great difference in the world.

Sincerely,

Alexandra Farrar
Marketing & Public Relations Associate

Jessica Byrne
Communications Manager