**FILED UNDER SEAL**

EXHIBIT

"52"