**FILED UNDER SEAL**

# EXHIBIT "53"