# EXHIBIT "55"



O'Melveny & Myers LLP  T: +1 213 430 6000  File Number: 0743768-00010
400 South Hope Street   F: +1 213 430 6407
18th Floor              omm.com
Los Angeles, CA 90071-2899

April 17, 2019

Maggie Carter
D: +1 213 430 7592
mcarter@omm.com



Paul and Michelle Janavs

Ines Kuperschmit
Olivarez Madruga Lemieux O'Neill, LLP
500 S. Grand Ave., 12th Floor
Los Angeles, CA 90071

Tom Bienert and John Littrell
Biernert Katzman PLC
903 Calle Amanecer, Suite #350
San Clemente, CA 92673

Re:   *Sage Hill Honor Council Review*

Dear 

We write to inform you of the Honor Council's decision with respect to ▮▮▮ enrollment at Sage Hill.

The Honor Council relied on language in the Student Handbook and Enrollment Contracts that permit that a student "may be disciplined, suspended, or dismissed from, or denied continued enrollment in the School at any time if, in the sole opinion of the School's administration . . . the Student and/or the Student's parents/legal guardians fail to abide by the School's policies, rules, and regulations or otherwise interfere with the School's accomplishment of its educational purpose."

The Honor Council has determined the following actions are warranted:

- ▮▮▮ must stay at home for the remainder of the year to complete her classwork. Instructions for completing remaining assignments were sent to ▮▮▮ on April 12 by Dominic Campeau, Dean of School Life, who will be ▮▮▮ point of contact for ▮▮▮ remaining assignments. If ▮▮▮ successfully completes these adjusted curriculum requirements, she will be permitted to complete her junior year at Sage Hill School;

- ▮▮▮ and her parents cannot participate in or attend Sage Hill School events until further notice, including Graduation, Spring at Sage, and other school honorary or



celebratory events, and must stay away from campus and School events, including to celebrate other friends or family members;

- ▇ is ineligible to receive any Sage Hill School awards;
- ▇ will be removed from any student leadership positions; and
- The School will hold the 2019-2020 re-enrollment contract for ▇ pending a further Honor Council determination in June.

The Honor Council reserves its right to reconsider its decision if new facts come to light.

The Honor Council also encourages ▇ to seek mental health support and/or counseling.

From the date of this notice, you have 10 school days to appeal to the Head of School on the ground that significant new information has come to light or serious procedural errors occurred that materially impacted the outcome of the investigation process.

If you have any questions about this process, please call me at (213) 430-7592.  If you prefer, you may also have someone else who represents you call me for more information.

Very truly yours,

*Maggie Carter*
Maggie Carter