# EXHIBIT "56"



OFFICE OF ADMISSION

March 15, 2019

Dear ▮▮▮▮:

In October 2018, you were presented to an Admissions Subcommittee at the University of Southern California ("USC") as being an athlete of interest to our women's beach volleyball team. However, we recently learned that false and inaccurate information about your athletics credentials was submitted to USC.

For that reason and pursuant to university policy, the letter you previously received, offering you conditional admission to USC (dated October 10, 2018), is invalid, and your admission to the University of Southern California has been rescinded. Furthermore, the university will not consider any applications you may submit in the future.

We do not take these circumstances lightly and fully understand the difficulties this decision may present for you. However, we hope that by notifying you now, you can pursue other college opportunities.

Kirk Brennan
Associate Dean
Director of Undergraduate Admission