[mp4 File - Manually Filed]()

# EXHIBIT "57"