UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:19-CR-10080-NMG |
| | ) | |
| DAVID SIDOO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MICHELLE JANAVS' ASSENTED-TO MOTION FOR
ENLARGEMENT OF TIME TO FILE
NOTICE OF APPEAL AND TO SURRENDER TO BOP**

Michelle Janavs respectfully requests that the Court extend by 30 days the time for her to file a notice of appeal pursuant to Fed. R. App. Proc. 4(b)(4). She also respectfully requests that the Court extend by 30 days her voluntary surrender date pursuant to 18 U.S.C. § 3143(a)(1).

The government assents to both requests.

Ms. Janavs was charged in the Second Superseding Indictment with conspiracy to commit mail fraud and conspiracy to commit money laundering. On October 21, 2019, she pleaded guilty to both charges without a plea agreement. On February 25, 2020, this Court sentenced Ms. Janavs to five months' imprisonment, two years of supervised release, a fine of $250,000, 200 hours of community service, and a special assessment of $200.

On February 26, 2020, the government produced notes extracted from Rick Singer's phone. Ms. Janavs and her counsel view portions of those notes as evidence that is exculpatory and "diminish[es] the degree of the defendant's culpability or the defendant's Offense Level under the United States Sentencing Guidelines" within the meaning of Local Rule 116.2(a)(4).

On March 3, 2020, the government agreed in a letter to produce additional materials, including FBI 302 reports documenting its interviews with Rick Singer and USC employees, as well as additional information extracted from Rick Singer's phones. Dkt. No. 918. It also announced an intention to produce additional material, including the contents of Singer's Google Drive accounts, handwritten notes created by Singer, a written script provided to Singer by the government, additional FBI 302s, and other material by March 13, 2020. *Id*. Finally, the government indicated that it intended to produce additional emails and documents, including emails retrieved from Rick Singer and Donna Heinel, as soon as possible. *Id*.

On March 6, 2020, Ms. Janavs received the initial production of documents referred to in the March 3, 2020 letter. She and her counsel view portions of that material likewise as evidence that is exculpatory and "diminish[es] the degree of the defendant's culpability or the defendant's Offense Level under the United States Sentencing Guidelines" within the meaning of Local Rule 116.2(a)(4).

Ms. Janavs and her counsel need additional time to review the government's recent disclosures, as well as review evidence that the government agreed to produce on March 13, 2020. Ms. Janavs has been working closely with her attorneys to assess the factual and legal significance of these disclosures and needs to continue to do so. Consulting with her counsel would be significantly impeded if Ms. Janavs were in custody. Moreover, Ms. Janavs needs additional time to evaluate whether to pursue a direct appeal or other post-conviction relief.

For the foregoing reasons, Ms. Janavs respectfully requests that the Court (1) extend by 30 days the time for her to file a Notice of Appeal (from March 19, 2020 to April 20, 2020), and (2) extend by 30 days her voluntary surrender date (from April 7, 2020 to May 7, 2020). The government has informed defense counsel that it assents to these extensions.

                                      Respectfully Submitted,

Dated:  March 13, 2020        MICHELLE JANAVS

                                      By her attorneys,

                                      */s/ John Littrell*
                                      Thomas H. Bienert, Jr. *(pro hac vice)*
                                      John Littrell *(pro hac vice)*
                                      Bienert | Katzman PC
                                      903 Calle Amanecer, Suite 350
                                      San Clemente, CA 92673
                                      Tel: (949) 369-3700
                                      tbienert@bienertkatzman.com
                                      jlittrell@bienertkatzman.com

                                      William Weinreb (BBO #557826)
                                      Quinn Emanuel Urquhart & Sullivan, LLP
                                      111 Huntington Ave, Suite 520
                                      Boston, MA 02199
                                      Tel: (617) 712-7114
                                      billweinreb@quinnemanuel.com

                                      Jonathan L. Kotlier (BBO #545491)
                                      Nutter, McClennen & Fish, LLP
                                      155 Seaport Boulevard
                                      Boston, MA 02210-2604
                                      Tel: 617-439-2000
                                      jkotlier@nutter.com

## CERTIFICATE OF SERVICE

I, John Littrell, hereby certify that on March 13, 2020, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ John L. Littrell*
John L. Littrell
