UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) Case No. 1:19-CR-10080-NMG |
|  | ) |
| DAVID SIDOO, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

### MICHELLE JANAVS' ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE NOTICE OF APPEAL AND TO SURRENDER TO BOP

Michelle Janavs respectfully requests that the Court extend by 30 days the time for her to file a notice of appeal pursuant to Fed. R. App. Proc. 4(b)(4). She also respectfully requests that the Court extend by 30 days her voluntary surrender date pursuant to 18 U.S.C. § 3143(a)(1).

The government assents to both requests.

Ms. Janavs was charged in the Second Superseding Indictment with conspiracy to commit mail fraud and conspiracy to commit money laundering. On October 21, 2019, she pleaded guilty to both charges without a plea agreement. On February 25, 2020, this Court sentenced Ms. Janavs to five months' imprisonment, two years of supervised release, a fine of $250,000, 200 hours of community service, and a special assessment of $200.

On February 26, 2020, the government produced notes extracted from Rick Singer's phone. Ms. Janavs and her counsel view portions of those notes as evidence that is exculpatory and "diminish[es] the degree of the defendant's culpability or the defendant's Offense Level under the United States Sentencing Guidelines" within the meaning of Local Rule 116.2(a)(4).

*Motion allowed. /s/ NMGorton, USDJ 3/17/20*

1