# EXHIBIT "1"

June 3, 2020

Honorable Judge Gorton, United States District Judge

Dear Judge Gorton,

I stood before you on February 25th as you sentenced me for my criminal involvement in the Varsity Blues Case. It was one of the most difficult days of my life. However, I was relieved to know that no matter what sentence you imposed, there would be an end in sight for this nightmare I had created for myself and my family. I understood and accepted your decision to sentence me to five months imprisonment. I left your courtroom ready to take responsibility for my actions, make amends to those I had hurt and strengthen my philanthropic endeavors.

I asked my attorneys to request my designation to a prison as soon as possible. I wanted to immediately face my punishment so that I could start the process of putting my life back together.

When I arrived home, I tried to prepare myself and my family for my prison term. I printed a calendar outlining the next 5 months for my husband and family so they could keep track of important activities and dates for my children. I knew I would miss birthdays, proms, graduations and even more difficult, the days when my kids just wanted to share a story, ask advice, or get a hug from their mom. I read about prison and thought about how to make my time there productive and meaningful. Everyone I asked told me that the way handle this difficult challenge is to fully engage and commit to the programming they make available. That is what I planned to do.

The COVID-19 pandemic has thrown all of that into turmoil. I read the news and the statistics on the Bureau of Prisons website about how many prisoners are getting infected and dying and it terrifies me. I understand that there is very little programming available at BOP facilities now, and no visiting. And despite these precautions prisoners are continuing to die in custody at a rate of almost one per day.

Not a day goes by that I do not consider my sentence and am not terrified of contracting this deadly disease, possibly never seeing my family again. I continue to accept full responsibility for what I did, and am ready to serve my sentence, however, I am deeply fearful that I will contract a disease that will result in a far harsher sentence than you intended. Meanwhile, the uncertainty of when and if it will be safe for me to go to prison hangs over me like a dark cloud, extending my sentence daily.

I have mentally prepared to go to prison, and if I could report for my sentence without risking my life I would. If you grant me home confinement, I will comply with any condition you impose to make it more punitive or harsh. All I ask is that you give me an opportunity to put this behind me safely.

Sincerely,

Michelle Janavs