UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
                              )
            v.                )   Case No. 1:19-CR-10080-NMG
                              )
                              )
DAVID SIDOO, et al.,          )
                              )
            Defendants.       )
_____)

### MICHELLE JANAVS' SECOND MOTION TO MODIFY SENTENCE

Upon consideration of defendants' motion, the Court takes judicial notice that, although the current public health crisis is not ended, it has abated and will likely continue to abate over the next few months. If defendant, Janavs, prefers to postpone her report date until Aug. 31, 2020, the Court will so order but it will not convert the sentence imposed to home confinement. Counsel shall notify the Court on or before June 18, 2020 of defendant's preference. Motion denied.

NMGorton, USDJ 6/11/20